```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
DIANTI EARLY,                    )
                                 )
       Plaintiff,                )
                                 )  CIVIL ACTION NO.:
v.                               )  1-22-CV-00816-SCJ
                                 )
OFFICER JOHN MAYS,               )
Individually, as an officer     )
of the UNION CITY POLICE         )
DEPARTMENT,                      )
                                 )
       Defendant.                )
------------------------------------------------------
               REMOTE DEPOSITION OF
               JUSTIN OMARI WHITEHEAD
------------------------------------------------------
               Friday, January 6, 2023
                     2:01 p.m.



               Cathey H. Sutton, CCR B1354
                Certified Court Reporter

                Deb Puckett & Associates
                   236 Alanna Avenue
                Winder, Georgia  30680
                    (678) 428-3562
                  www.debpuckett.com
                debpuckett@bellsouth.net
```

[2]

DISCLOSURE OF NO CONTRACT

I, Cathey H. Sutton, do hereby disclose pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia that Deb Puckett & Associates was contacted by the party taking the deposition to provide court reporting services for this deposition and there is no contract that is prohibited by O.C.G.A. 15-14-37(a) and (b) or Article 7.C of the Rules and Regulations of the Board for the taking of this deposition.

There is no contract to provide reporting services between Deb Puckett & Associates or any person with whom Deb Puckett & Associates has a principal and agency relationship nor any attorney at law in this action, party to this action, party having a financial interest in this action, or agent for an attorney at law in this action, party to this action, or party having a financial interest in this action. Any and all financial arrangements beyond our usual and customary rates have been disclosed and offered to all parties.

This 6th day of January, 2023.


Cathey H. Sutton, CCR B1354

[3]

A P P E A R A N C E S

On Behalf of the Plaintiff:
    TANYA F. MILLER
    Attorney at Law
    DuBose Miller
    75 14th Street NE
    Suite 2110
    Atlanta, Georgia 30309
    404-720-8111
    Fax: 404-921-9557
    miller@dubosemiller.com

On Behalf of the Defendant:
    MATTHEW H. BENNETT
    Attorney at Law
    Bennett Law Office, LLC
    1012 Memorial Drive
    Suite 13
    Griffin, Georgia 30223
    678-688-3554
    Fax: 678-688-3555
    mhb@bennettlawofficellc.com
                         - - -

[4]

I N D E X

Examination by Mr. Bennett.................Page  5

Examination by Ms. Miller.................Page 37

Further examination by Mr. Bennett........Page 47

Further examination by Ms. Miller.........Page 58

Further examination by Mr. Bennett........Page 60

Deb Puckett & Associates
debpuckett@bellsouth.net

[5]

1          (All the participants joined the

2      deposition via Zoom.)

3          JUSTIN OMARI WHITEHEAD,

4  having been duly sworn, was examined and deposed as

5  follows:

6          MR. BENNETT:  This will be the deposition

7      of Mr. Justin Whitehead, taken pursuant to

8      Notice and agreement of counsel for all

9      purposes under the civil practice, or the

10      Federal Rules of Civil Procedure.  Is it okay

11      to have the same stipulations as to objections?

12          MS. MILLER:  Yes.

13          (Counsel agreed that the stipulation

14      governing the taking of the deposition of

15      CHIANTI SUNKRIA BROWN will likewise govern the

16      taking of the deposition of JUSTIN OMARI

17      WHITEHEAD.)

18          EXAMINATION

19  BY MR. BENNETT:

20      Q    Mr. Whitehead, have you ever had a

21  deposition before?

22      A    No, sir.

23      Q    I want to give you the quick rundown of

24  what our ground rules are.  It won't take too long.

25  First, if I ask you a question if you can please let

[6]

1   me finish my question before you answer so that way

2   we're not talking over one another.  Can you do that

3   for me?

4         A    Yes, sir.

5         Q    Thank you.  As well as I know in normal

6   conversations we do a lot of head nods, uh-huhs,

7   things of that nature.  Because we are taking it

8   down and we have a court reporter taking everything

9   you say down, please try to use yes or no answers to

10  the best of your ability.  Okay?

11             And then if you do need to take a break

12  for any reason please let me know; that's okay.

13  We'll make sure that you have the opportunity to do

14  that.  All I ask is if we have a question pending

15  you answer the question first before you take that

16  break.  Okay?

17        A    Okay.

18        Q    And I know we're here in Zoom, and I can

19  tell that you're there with Ms. Miller at her

20  office.  So we know the location that you're there.

21  And, of course, other than Ms. Miller is there,

22  anybody else in the room with you?

23        A    No, sir.

24        Q    If I can I'm going to ask you a couple of

25  quick questions.  I don't mean anything by it;

[7]

1    they're just background.  They might sound a little

2    invasive, but it's just to make sure that you're

3    able to give testimony here today.  Are you under or

4    have you taken any medications today that would

5    affect your ability to provide your testimony?

6              (Reporter interruption for clarification.)

7              THE WITNESS:  No, sir.

8              MS. MILLER:  Speak louder.

9         Q    (BY MR. BENNETT) Have you consumed any

10   alcohol or any narcotics today that would affect

11   your ability to give truthful testimony?

12        A    No, sir.

13        Q    Are you under any stressful circumstance,

14   such as a sick family member, medical diagnosis, or

15   anything of that nature that would affect your

16   ability to give testimony today?

17        A    No, sir, no, sir.

18        Q    Thank you.  If I could, would you please

19   state your full name for the record.

20        A    Justin Omari Whitehead.

21        Q    Sir, are you married?

22        A    No, sir.

23        Q    And how old are you, sir?

24        A    Twenty-three.

25        Q    And what's the highest level of education

[8]

1  you have?

2      A    High school diploma.  High school diploma.

3      Q    And what high school did you graduate

4  from?

5      A    Hapeville Charter Career Academy.

6      Q    And are you currently employed, sir?

7      A    No, sir.

8      Q    Do you have any prior military service?

9      A    No, sir.

10     Q    Let me ask you, have you ever been

11 arrested before?

12     A    Yes, sir.

13     Q    If you could when, how many times have you

14 been arrested?

15     A    Once, sir.

16     Q    And when did that arrest occur?

17     A    I think it was October, October last year

18 if I can recall.

19     Q    So sometime in October '22.  All right.

20 Is that case, are you still under prosecution for

21 that arrest?

22     A    Can you explain to me what --

23          MS. MILLER:  Is the case still open?

24          THE WITNESS:  I don't, I don't think

25     it's --

[9]

1          MS. MILLER:  Yes, it's still open.

2          THE WITNESS:  Yeah, yeah, it's still open.

3     Yeah.

4          MS. MILLER:  So I would just on his

5     behalf, since I don't represent him, ask you

6     not to ask any questions about an open case.

7          THE WITNESS:  Yeah.

8          MR. BENNETT:  Absolutely no problem.  I

9     wasn't going to go into it.  That's why I

10     wanted to make sure I asked if it was open

11     first.

12          MS. MILLER:  Thank you, Mr. Bennett.

13     Q    (BY MR. BENNETT) No problem.  I will ask

14 you one question just about it.  What county is the

15 case pending in?

16          (Reporter interruption for clarification.)

17          THE WITNESS:  In Douglas County.

18     Q    (BY MR. BENNETT) It is our understanding,

19 and we're going to turn our attention just to the

20 incident we're here about today.  As I understand

21 you're the cousin of Dianti Early, correct?

22     A    Yes.

23     Q    And there was an incident that was about,

24 occurred on March 1st, 2020 where Mr. Early was hit

25 by a Union City police officer's car.  Do you

[10]

1    remember that incident, sir?

2          A     Yes, I do, sir.

3          Q     Let's start at the very beginning of that

4    day.  When did you first meet up with Dianti?

5          A     I don't remember when I met up with him

6    specifically.  I just remember like where I went,

7    you know, everything went, started to occur.

8          Q     Do you guys remember where you were coming

9    from prior to seeing the police car --

10         A     At -- I'm sorry.

11         Q     -- I'm sorry -- prior to you seeing the

12   police car at the gas station?

13         A     We were actually going to my house.

14         Q     And do you remember where you were leaving

15   from to go to your house?

16         A     I don't.  I was actually going to get some

17   clothes so, yeah, I don't.

18         Q     You guys were in a black Jeep Cherokee

19   that day.  Do you know who owned that vehicle?

20         A     Dianti.

21         Q     Did you ever discuss with him how he came

22   to be in possession of that vehicle?

23         A     He bought it.  I recall he bought it.

24         Q     Were you present with Dianti when he

25   purchased the vehicle?

[11]

1        A      No, sir.

2        Q      Did you ever see any bills of sale or any

3   documents related to the ownership of the vehicle?

4        A      No, sir.

5        Q      Prior to the incident that took place

6   between the officer and Dianti, how long were you

7   with Dianti?

8        A      Can you repeat that again?

9        Q      How long were you with Dianti prior to the

10  incident that we're about to talk about?

11       A      So before the incident?

12       Q      Yes.

13       A      Like, I can say like two days, two days.

14       Q      When you say you were with him for two

15  days prior, during that time did he have the black

16  Jeep with him?

17       A      I don't remember.  I can't remember.

18       Q      Do you remember what you and Dianti were

19  doing the two days prior to the incident?

20       A      We was going to studios because we both

21  are like interested in music so studios.  And

22  basically like just hanging out together, you know,

23  going to places, eat food, movies, you know.

24       Q      During that time how did you guys get

25  around?

[12]

1     A     I was actually with, with him.

2     Q     In that time were you guys, when you were

3   driving around to go to different places were you in

4   his vehicle?

5     A     Yes.  Not the, the specific vehicle I

6   think you're referring to.

7     Q     What vehicle were you in, sir?

8     A     I can't recall what vehicle.  It wasn't

9   the Jeep though.  It wasn't that black Jeep you're

10  referring to.

11    Q     Do you know whose vehicle that you guys

12  were using the two days prior to the incident was?

13    A     Can't recall.

14    Q     Tell me the first time that you saw the

15  Union City police car involved in this case.

16    A     I was, we was parked in front of the store

17  facing the gas pump, just sitting there for I can

18  say like two, three minutes.  And the officer pulled

19  up to the gas pump in front of us, and I just, I

20  just thinking like why did the police, you know,

21  pull right there in front of us and, you know,

22  there's other gas pumps.  I'm just having thought

23  like what's going on.

24          My cousin gets back in the car; he said

25  the same thing, like what's going on because we

[13]

1    don't know what's going on.  And we, we pull out; he

2    followed us.  Oh, that's my personal.  I'm going too

3    far.  I'm sorry.

4         Q    That's okay.  I was about to ask you that

5    next question.  So you guys notice the vehicle.

6    When you have the conversation with Dianti about

7    seeing the police car there, was that inside the

8    vehicle while you guys were outside the gas station?

9         A    Can you repeat that?

10        Q    When you guys, when you were talking about

11   that discussion you and Dianti had about seeing the

12   police vehicle, were you guys inside the car outside

13   the gas station?

14        A    Yes.  He just getting in the car.  He had

15   the door open, and he act like why the police are

16   right there.

17             MS. MILLER:  I'm sorry.  He just answered.

18        Can we pause for one second to tell my

19        assistant to grab my mom?

20             MR. BENNETT:  Absolutely.

21             (A brief recess was taken at 2:15 p.m.)

22        Q    (BY MR. BENNETT) So as you guys entered

23   your vehicle outside the gas station you were

24   heading back to go to your apartment, correct?

25        A    Yes, sir.

[14]

1    Q    And I think you said as you were driving

2 back you noticed the police car behind you, correct?

3    A    Yes.  He was trailing, trailing us.

4    Q    And your apartment at the time, was it the

5 apartment at Shannon Lakes?

6    A    Yes, sir.

7    Q    How long had you lived in Shannon Lakes

8 prior to this incident?

9    A    I can't say a specific number, but like we

10 moved to Union City before like ninth grade.  And I

11 did my whole four years there so I can't recall,

12 like.

13    Q    It's been a long time?

14    A    Yeah.  A long time, like over five, four

15 or five years.

16    Q    And Dianti has visited you at that

17 apartment quite a bit, correct?

18    A    Yes, sir.

19    Q    So as you guys entered into the apartment

20 complex, Officer Mays, who's the defendant in this

21 case, he was still following you, correct?

22    A    Yes, sir.

23    Q    And you guys are heading towards your

24 apartment.  Do you remember how fast Dianti was

25 driving?

[15]

1      A    No, sir.  It was slow.  It was very slow

2  to, but, no, sir, I don't.

3      Q    Do you recall the first time you saw the

4  officer turn on his blue lights?

5      A    We were by the rent office I, I believe,

6  and the rent office, yeah, we, we were by the rent

7  office.  And the rent office is like deep, actually

8  by my house almost, so.

9      Q    That's when you saw the officer activate

10  his blue lights to try to stop you, correct?

11      A    Yes.

12      Q    And did Dianti stop the vehicle when the

13  blue lights turned on?

14      A    No, sir.

15      Q    And he continued to drive his vehicle past

16  your apartment; isn't that true?

17      A    Yes, sir.

18      Q    Now, after you continued past your

19  apartment did you get out of the vehicle at that

20  point in time?

21      A    You -- can you repeat that?

22      Q    Walk me through in your own words -- and

23  we can break it down afterwards -- but walk me

24  through what happened after, immediately after the

25  officer turned on his blue lights.  What happened

[16]

1   next?

2       A    Okay.  We passed my house, went up the

3   hill.  We wasn't going very fast.  It's speed bumps.

4   So go down the hill, and I get the thought that

5   we're fixing to hop out.  We hop out and -- no.  He

6   hops out first.  And then when he hops out it was a

7   split second so when I looked up I hit a tree, like

8   the car hits a tree.  So he hopped out; the car hit

9   the tree, and, you know, I get out.

10      Q    When Dianti got out of your vehicle the

11  car was still moving, correct?

12           I'm sorry.  I didn't hear your answer.

13      A    Yes, sir.

14      Q    Dianti did not put the car into park;

15  isn't that true?

16      A    No, sir.

17      Q    That's a weird question because you said

18  no.  So did he put the vehicle into park before he

19  jumped out?

20      A    Oh, no, sir.

21      Q    And you said that you were still in the

22  vehicle when you hit the tree.  When that occurred

23  did you have any injuries, sir?

24      A    No, sir.

25      Q    And as you were in the vehicle where were

[17]

1    you looking at?  What direction were you looking

2    when Dianti jumped out of the car?

3        A    I was looking his direction at first.

4    Then the car, the car was still in motion so I

5    turned when he did, he got out.  I looked straight,

6    and I seen the tree.

7        Q    After he gets out of the car -- I just

8    want to be clear -- after he got out of the car

9    you're looking at the tree in front of you, correct?

10       A    Yes.

11       Q    How soon after you hit, the car hit the

12   tree did you get out of the vehicle?

13       A    It was like a whole 59 seconds.  A whole

14   minute, it took me a whole minute to like snap back.

15       Q    You're in the car for a whole minute after

16   the entire incident, or after you hit the tree?

17       A    Yes, sir.

18       Q    Did you lose consciousness while you were

19   in the vehicle?

20       A    No.  It was like a quick blackout, a long

21   blink, but it was quick.

22       Q    And what was the first thing you did after

23   the car hit the tree?

24       A    I opened the door, and I moved all the

25   tree, like the bushes out the way.  And I didn't see

[18]

1    nobody so I took off running.

2        Q    And from our understanding when you look

3    at the parking lot area that you guys were in, if

4    you're facing from the direction that you came from

5    on your left is the little lake that's in the middle

6    of the apartment complex --

7        A    Uh-huh.

8        Q    -- and on the right-hand side is the wood

9    line?

10       A    Uh-huh.

11       Q    When you got out of the car which way did

12   you go?  Did you run towards the lake, or did you go

13   towards the wood line?

14       A    So when the car hit the tree, so now it's,

15   the lake is behind the car so the car facing the

16   tree now and the lake is behind the car.  So I get

17   out facing like the building, like basically like

18   the way we came in.

19       Q    So you're facing back towards the way that

20   you guys came in?

21       A    Yes, sir.

22       Q    And which way did you, you go I guess?

23   Did you go back the way you guys came in, or did you

24   go back further like you were going in the path of

25   the vehicle?

[19]

1        A     The, the way we came in.

2        Q     What did you see when you were running

3    back the way that you came in?

4        A     I took three or four, four or five steps

5    and turned around, like just turned my head.  I was

6    still in a jogging motion of running, and I seen

7    Dianti like trying to get up.  But to me it looked

8    like his leg was broken.  That's what I thought

9    happened.  But he couldn't; he just collapsed on the

10   ground.  Like he was trying to get up, but he

11   couldn't get up.

12       Q     So did you see Dianti with a broken leg in

13   your mind?

14       A     It was like when he was trying to get up

15   it was dangling, like he couldn't put it on the

16   floor.

17       Q     When you saw that did you stop, or did you

18   continue to run from the area?

19       A     Keep going.

20       Q     Now, as you were running did you go

21   directly back to your apartment, or where did you

22   go?

23       A     I went directly to my apartment.

24       Q     And from your apartment could you observe

25   anything that was transpiring between Dianti and the

[20]

1  officer?

2      A    No, I can't.

3      Q    What was the address for your apartment,

4  your apartment number?

5      A    I don't remember.  It's, yeah, I don't

6  remember.  It's the Park at Netherley; that's the

7  name of the apartments now, but I don't know the

8  unit, the apartment number.

9      Q    You don't recall the apartment number that

10 you lived in?

11     A    Yeah, yeah, I don't.

12     Q    Does your mom still live in that, at that

13 apartment?

14     A    No, sir.

15     Q    When did you move away from that

16 particular apartment complex?

17     A    I can't recall that.  I think that year

18 2021 or something.

19     Q    And did you know who would be on the lease

20 for the apartment?  I'm sorry.  It looked like you

21 said something but it --

22     A    My mother, my mother.

23     Q    So going back to the incident, other than

24 seeing Dianti being on the ground or not being able

25 to get up, did you see anything else?

[21]

1        A    No, sir.

2        Q    So you never saw what took place between

3    Dianti coming into contact with the vehicle

4    directly, correct?

5        A    Yes, sir.  No, no, sir.  I'm sorry.

6        Q    No, no, it's one of those weird lawyer

7    questions sometimes.

8        A    Yeah, I just, I just got tricked by -- I'm

9    sorry.

10       Q    No, it's okay.  I just want to make sure

11   I'm clear.  You did not personally see Dianti being

12   struck by the vehicle, correct?

13       A    Oh, no, sir.

14       Q    So in terms of what actually took place of

15   how the officer came into contact with him, you

16   wouldn't be able to tell me anything that you, you

17   know about it?

18       A    You say with him?

19       Q    Right.  Because you never, you didn't see

20   it so you don't know what happened?

21       A    Oh, no, no, sir.

22       Q    Did you talk to Dianti about what

23   happened?

24       A    No, sir.

25       Q    Have you had any conversations with Dianti

[22]

1   about what took place that day?

2       A    No, sir.  Only about a deposition, I

3   supposed to be doing this.  That's the only.

4       Q    Did you do anything to prepare for your

5   deposition for today?

6       A    No, not really.  That's why I'm kind of

7   nervous.  I'm sorry if I am.

8       Q    No, no, you're doing fine.  I appreciate

9   you taking the time to meet with us, so.  In terms

10  of -- did you ever have any conversation with

11  Dianti's girlfriend, Ms. Britain?

12      A    No, sir.

13      Q    Do you remember any conversation that you

14  would have with Dianti's mother on the day of the

15  incident?

16      A    I think I didn't, I didn't call his

17  mother.  I called his brother and told, told his

18  brother that what, what happened.

19      Q    You called Dianti's brother, who then told

20  his mom?

21      A    Yes.  I think he, I think I -- I, I don't

22  know for sure, but I called him.

23      Q    Is your cell phone number the same that

24  you would have had at the time of this incident?

25      A    No, sir.

[23]

1     Q    No?  Do you remember what phone number you

2  had at the time of the incident?

3     A    No, sir.

4     Q    Do you remember what cell phone provider

5  you might have had at the time?

6          Is that a no?

7     A    No, sir.

8     Q    I want to go back just a little bit.

9  After you guys saw the lights you mentioned that you

10 thought you and Dianti were going to run.  I want to

11 ask you, why did you feel like you needed to run?

12    A    Me personally because I was afraid.  It

13 was so much happening at, at the time like, and it

14 was off guard.  So I was afraid personally.

15    Q    You were afraid even though you were a

16 passenger of a vehicle that's about to be stopped?

17    A    Yes, sir.

18    Q    Have you ever been involved with any law

19 enforcement official ever using force to detain you?

20    A    No, but I have had an incident with law

21 enforcement pulling a firearm on me.

22    Q    Tell me, when did that incident occur?

23    A    I can't remember when, but, yeah, I can't

24 remember when, but I, I can, but I can't remember

25 when.

[24]

1          Q     Was it in 2020?

2          A     Yeah.  It was, it was around that time.  I

3      was, I was out of high school around, I graduated

4      high school in 2018 so I was out of high school.

5      And, yeah, it was around that time.  I was older.

6          Q     And where did the incident occur?

7          A     I was in Gwinnett County at a cousin's

8      birthday, a little cousin's birthday party at a

9      hotel.  I think it was a Stay Inn, a Suite Inn,

10     something like that, in Gwinnett County.  It's a

11     Dick's Sporting Goods by the hotel so it's

12     somewhere.  I remember.

13         Q     Do me a favor.  Tell me what took place

14     that caused that encounter with law enforcement.

15         A     Okay.  So it was a, it was a altercation

16     with my cousin's, my little cousin's mom and her

17     boyfriend.  And I guess the boyfriend had like put

18     his hands on her somehow some way, and the police

19     was called.  But from my understanding it wasn't

20     that serious because everybody, you know, escalated,

21     you know, like de-escalated the situation and

22     everything.  So I guess the police were called later

23     in that process.  And the police came later, like

24     when everybody was, you know, cool and cooled down

25     and he'd done apologized and everything.

[25]

1        And I was actually outside at the time

2   with some of my other cousins.  And I was trying to

3   catch the door to the hotel.  I remember just trying

4   to get back inside to get something.  And then when

5   I got in there, you know, I caught the door as

6   somebody was coming out the door.  You know, you

7   need a keypad to get into a hotel suite door or

8   anything like that.  I'm just here for a birthday

9   party so I didn't have a keypad or anything.

10       So I catch the door as somebody coming

11  out.  I ask them can they hold the door for me and

12  like jam the door.  Once I see, once I go to my

13  cousin's, like the hotel room I automatically hear

14  hey, stop, you, stop.  And it was behind me.  So

15  when, when I turn around I see him.  He's running up

16  on me, but at the same time he had his firearm in

17  his hand.  I can't see his eyes; he got sunglasses

18  on his face, everything.

19       So he just, he said don't move, don't

20  move.  And at this point like I, I, I did not move.

21  I mean I tried, I knocked on the door.  And he said

22  don't do that, don't.  I'm warning you; don't do

23  that.  I hit, I hit the door two times because I got

24  scared; I panicked.  I hit it those two times to try

25  to get somebody out there.  He was still like trying

[26]

1    to shoot.  And he stood with the firearm on me for

2    approximately like seven minutes until my family

3    came out there.  And his partner was like this ain't

4    the person, you know.

5        Q    After they cleared that you weren't the

6    person did they let you go?

7        A    Oh, yes.  They never detained me.  He just

8    had his firearm on me because he thought I was

9    trying to get back into the hotel some, I don't

10   know.  That's what he told his partner.

11       Q    Was anyone arrested?

12       A    No, sir.

13       Q    Do you remember what department that it

14   was that came out there?

15       A    It was, I think it was Gwinnett County.  I

16   don't know what's the name of that department, but

17   it was Gwinnett.

18       Q    Have you had any other encounters with any

19   law enforcement official?

20       A    No, sir.

21       Q    So would you agree with me that based on

22   your experiences if you do what the officer asked,

23   you aren't at risk of getting injured, right?

24       A    Can you repeat that?

25       Q    You would agree with me that based on your

[27]

1  own personal experiences that when you did what the

2  officer asked nothing happened afterwards; isn't

3  that a true statement?

4      A    The officer that I'm referring to?

5      Q    Yes, sir.

6      A    Yes, after a couple of minutes.  Like he

7  was in fire mode.

8      Q    But after they were, after he was able to

9  figure out what the situation was, nothing happened?

10      A    Oh, yeah.  I mean yes, sir.

11      Q    Again, so while you're in the vehicle with

12  Dianti did you think you did anything wrong?

13      A    No, sir.

14      Q    And you're not driving the car, correct?

15      A    No, sir.

16      Q    Do you have a driver's license?

17      A    No, sir.

18      Q    At the time of the incident did you ever

19  have a driver's license?

20      A    No, sir.

21      Q    Have you ever been in a car that's been

22  pulled over?

23      A    Yes, sir.

24      Q    And I imagine without a driver's license

25  you weren't driving that vehicle at that time?

[28]

1      A     No, sir.

2      Q     And when that car got pulled over did

3  anyone get out to run from the police?

4      A     No, sir.

5      Q     Did anything happen in that incident?

6      A     I think it was a search.

7      Q     Okay.

8      A     Or that's what it's called.

9      Q     Was anyone arrested at that period of

10  time?

11     A     No, sir.

12     Q     Was anyone injured by that encounter with

13  the police officer?

14     A     No, sir.

15     Q     Did you ever have a conversation with

16  Dianti about why he chose to run from the police?

17     A     No, sir.

18     Q     So you don't know why someone would decide

19  to run without knowing what the officer was even

20  trying to stop you guys for, right?

21     A     No, sir.

22     Q     Did you hear or were you present for any

23  conversations between the officer and Dianti at the

24  scene of the incident?

25            (Reporter interruption for clarification.)

[29]

1          THE WITNESS:  No, sir.

2     Q    (BY MR. BENNETT) And I want to ask you the

3 one question that's kind of been burning through all

4 of this with me is when you saw Dianti on the ground

5 why didn't you stop to even check to see if he's

6 okay or offer any kind of assistance.

7     A    I don't know.  Just, just in the moment I

8 guess.  I don't know.

9     Q    At the time of the incident did you have a

10 cell phone with you when the incident occurred?

11    A    I'm not sure.  Not sure.

12    Q    When you got out of the car did you have

13 anything with you?

14    A    No, no.

15    Q    After the incident did you ever visit

16 Dianti at the hospital?

17    A    No.

18    Q    That's a no?

19    A    No.

20    Q    And did you ever go with Dianti to any

21 medical appointments?

22    A    No, sir.

23    Q    Or did you ever assist with any of his

24 therapy treatments?

25    A    No, sir.

[30]

1      Q    Have you ever observed Dianti perform any

2  kind of exercises for his ankle to try to strengthen

3  it up?

4      A    You said so seen?

5      Q    Yes.  Have you ever seen him doing any

6  kind of exercises at the house, particularly for his

7  ankle?

8      A    I can't say exercise, but, you know, I

9  done seen him trying to work it, you know, after

10  he -- sometimes his leg might get in pain, and I

11  seen that his leg might get in pain or something and

12  he might have to stand up or walk, you know, or

13  stretch it out.

14      Q    How often do you hang out with Dianti?

15      A    A lot.

16      Q    Since this accident has he, what are some

17  of the things that you guys normally do when you

18  guys hang out?

19      A    We play basketball.  We still make music

20  together.  Just keep each other company.

21      Q    How often do you guys play basketball?

22      A    Every, try to get, get a hoop session in

23  every week.  Well, a basketball session in every

24  week.

25      Q    Now, when you guys play do you guys play

[31]

```
 1    pickup games, or is it just you and Dianti playing?
 2         A    It's all competition, pickups, one on one.
 3         Q    That's nice.  In terms of -- where do you
 4    guys normally play?
 5         A    So we go mostly like, like Decatur, Flat
 6    Shoals area.  Those where most of the free courts
 7    are at, basketball courts over there.
 8         Q    When you guys are playing do you guys
 9    doing like the full court, five on five at times?
10         A    Yes.  I might, we might have some other
11    friends with us.
12         Q    When was the last time you guys did that?
13         A    Last week.  Like, yeah, as a matter of
14    fact last week I didn't go, but last week I was
15    supposed to go.
16         Q    When was the last time you and Dianti --
17         A    The week, the week before last week.
18         Q    And how long were you guys there playing
19    basketball?
20         A    Up to five, five, six hours.
21         Q    And are you guys playing constantly
22    through that five to six hours?
23         A    He might not, but me and the rest of my
24    peers will.
25         Q    I'm just going to ask because I'm no older
```

[32]

1  brother, but are you over there dunking on, on the

2  net, or?  I'm just trying to figure out how you guys

3  are doing it.

4       A    I mean, okay, I, you know, a whole lot to

5  speak on my game, I just let it show.

6       Q    We'll leave that alone.  I won't say that

7  you posted them up or anything.  In terms of this

8  incident is there anything that you can think of

9  that we haven't talked about that you remember

10 happening?

11      A    No, no, sir.

12      Q    Had you had any discussions with Dianti

13 about his mental health since this accident?

14      A    I did ask him about the leg, his leg one

15 time.  I don't know if it's his leg or his ankle; I

16 really don't know.  But I did ask him, like is it

17 still hurting, you know.  He's like yeah, it get to

18 aching sometime.

19      Q    I know you mentioned that you guys also

20 went to a, you guys would go to the studio.  Have

21 you guys recorded any music or anything recording

22 this particular incident?

23      A    Regarding -- what you mean?  Like, I

24 mean.

25      Q    That might have discussed this incident?

[33]

1     A    Oh, no, no, sir.

2     Q    Prior to this incident taking place on

3  March 1st, 2020 compared to now, how would you

4  describe Dianti's demeanor with you?

5     A    Just the same I guess.  I can't, I, I, I

6  can't answer that.  I don't know.  That's a question

7  that I think he can answer.

8     Q    But how about your encounters with him,

9  have you noticed anything different?

10    A    Oh, with him?

11    Q    Yeah.

12    A    No, not really.  He, not really.

13    Q    While you guys are meeting up and talking

14  does he ever talk to you about any of the police

15  cases that might be heard in the news?

16    A    As far as, as far as him, or?

17    Q    Not him but anything over the news, such

18  as the George Floyd incident or any kind of law

19  enforcement, social justice issues.

20    A    Oh, yeah.  Yes, we have had conversation

21  about it.

22    Q    Tell me about those.  What conversations

23  have you had?

24    A    We both just have the same opinion, like

25  it's wrong.  It's wrong.  Even when they burned the

[34]

1    Wendy's down like, we was like hey, can't blame

2    them.  It was kind of like me and his, you know,

3    because did, not us specifically but, you know, as

4    far as the black community, how the black community

5    feels.

6        Q    How often would you say you guys have had

7    a conversation about those kind of issues?

8        A    Really every time they occur.  It's just a

9    eye-opener when you talk to each other about that

10   because it, it is like a warning, you know.  He

11   basically telling me hey, when you get in front of

12   the police don't do this, don't do that.  It's

13   basically like coaching.

14       Q    Do you recall ever having those kind of

15   discussions prior to this incident?

16       A    Not them kind of like, not, not that,

17   well, we had one conversation about the, the Wendy's

18   being burned down, but that was just it.

19       Q    Okay.

20       A    That I can recall.

21       Q    I'm talking about while you guys were in

22   high school or prior to 2020, okay, do you guys

23   ever remember having any of these conversations

24   about social justice issues, alleged police

25   brutality?

[35]

1      A    Not, I can't recall those.

2      Q    As you were running -- and I want to go

3 right back to just one quick thing -- as you were

4 running by the officer and Dianti, did the officer

5 say anything to you?

6      A    No, sir.

7      Q    Have you spoken to any other, any Union

8 City police officer about the incident between

9 Officer Mays and Dianti?

10     A    No, sir.

11     Q    One last question.  The studios that you

12 guys were at, where was that located?

13     A    I can't recall.  It's, we went to more

14 than one so I can't recall.

15     Q    If you could can you tell me what kind of

16 cities or what areas they were, even if you can't

17 recall the exact location?

18     A    Buckhead area, like out that way, city.

19 Georgia State area, you know, Peachtree, around the

20 same area, around there.

21     Q    Did you guys spend any time in like the

22 south Fulton, City of South Fulton or Palmetto or

23 south of I-20?

24     A    Can't recall.

25     Q    During this time did you meet up with

[36]

1    anybody else other than Dianti those two days that

2    you were with him before the accident?  Was there

3    anybody else that you met up with?

4         A    Met with a couple of his friends.  I think

5    that's it.

6         Q    At that time did any of his friends ever

7    use that black Jeep that you guys were driving?

8         A    No, sir.

9         Q    Do you remember any of the friends' names

10   that you met up with?

11        A    No.  Wait.  I think one of his name is

12   Will.

13        Q    Do you remember Will's last name?

14        A    No.  I just got Will.

15             MR. BENNETT:  I think other than that, I'm

16        going to say, Mr. Whitehead, I really do

17        appreciate your time.  I don't know if

18        Ms. Miller has any questions or not, but I

19        really do appreciate your time today.

20             MS. MILLER:  I actually do have a couple

21        of questions for you.  Can you hear, Madam

22        Court Reporter, because I'm a little bit

23        further away from the computer?  Can you hear

24        me okay?

25             THE REPORTER:  I can.

[37]

1               EXAMINATION

2    BY MS. MILLER:

3        Q    You described in your testimony that after

4    the vehicle that you were riding in hit the tree

5    that you sat there for a minute or 59 seconds.  Do

6    you recall saying that?

7        A    Yes.

8        Q    Make sure you speak up.

9        A    Yes, ma'am.

10       Q    Did you have a stopwatch that you were

11   looking at?

12       A    No.

13       Q    Did you have a timer?

14       A    No.

15       Q    Were you counting?

16       A    No.

17       Q    So when you say it was one minute or 59

18   seconds, is that a guess about how much time it was?

19       A    It kind of is.  Yes, it is.

20       Q    So you don't know with precision exactly

21   how much time you were sitting in the vehicle?

22       A    Yes, I don't.

23       Q    You also talked about the incident in

24   Gwinnett.  Do you remember that?

25       A    (Witness nods head.)

[38]

1       Q     And Mr. Bennett asked you that after the

2   officer, after you did what the officer said,

3   nothing happened to you.  Do you remember him saying

4   that?

5       A     Yes, ma'am.

6       Q     But let's back up to before he figured out

7   what was going on, he being the officer.  You

8   described that he had his gun pointed at you,

9   correct?

10      A     Yes, ma'am.

11      Q     And where on your body was the gun

12  pointed?

13      A     It was actually like pointing toward my

14  chest.

15      Q     And you said he had sunglasses on?

16      A     Sun, the police, like the sport baseball

17  like looking glasses.

18      Q     So you were able to see his eyes through

19  the glasses?

20      A     No, ma'am.

21      Q     In his demeanor, the sound of his voice,

22  did he seem like he was angry?

23      A     Yes, ma'am, very angry.

24      Q     What did you think might happen to you

25  when that officer was standing in front of you with

[39]

1    his gun pointed at your chest very angry?

2         A    So I was even scared to move because of

3    how he was like trying to handle the situation.

4    Like I couldn't move.  I felt like if I would have

5    took a step I would have got shot several times.

6         Q    Did you think if you got shot several

7    times you might die there in that hotel?

8         A    Yes, ma'am.

9         Q    So in that moment when you're having this

10   interaction with this officer you're fearing for

11   your life?

12        A    Yes, ma'am.

13        Q    Okay.  You talked about, you were asked

14   questions about who you talked to in connection with

15   your deposition today.  Do you remember those

16   questions?

17        A    Yes.

18        Q    I want to go back to before there was any

19   deposition, before there was any lawyers involved,

20   back to sort of between the time that Dianti got

21   hurt and let's say the time that this lawsuit

22   started, back in the beginning.  Dianti, did Dianti

23   tell you that he got hurt by the police?

24        A    He didn't.  I kind of like seen it, so.

25        Q    So he never said anything to you about

[40]

1    what happened to him in the apartment complex?

2         A    No, no.

3         Q    You've never heard him talk about his

4    injuries and what happened in the apartment complex?

5         A    Oh, yeah, I heard him talk about injuries.

6    I didn't know -- no, he never talked about like what

7    happened because I was, you know, but his injuries,

8    yeah.

9         Q    What has he told you about his injuries?

10        A    Like his, his leg in pain, you know, his

11   leg hurts.  It be aching and stuff like that.

12        Q    You described that sometimes when he gets

13   up he kind of has to shake his leg out or stretch

14   his leg; he can't really move it that well.  But

15   then you also described y'all playing basketball all

16   the time.  Okay?  So when in connection with him

17   playing basketball with you has he talked about his

18   leg being hurt?

19        A    All the time.  Like, like, like I said,

20   like I told Mr. Bennett, he, like he, we'll go the

21   whole four, five hour, and he ain't going to go the

22   whole four, five hours.

23        Q    So when you say we will go a whole four,

24   five hours, you're talking about you and your other

25   friends?

[41]

1       A     Yes.

2       Q     What is Dianti doing while you guys are

3   playing for a whole four, five hours?

4       A     He'll play a game, and, you know, the leg

5   problem might be in effect.  And then he'll try to

6   walk it off.  You know, like while we're playing

7   another game he will try to walk it off, exercise,

8   do whatever he can to try to play again, or he might

9   just call it quits, like never.

10       Q     So there are times that you guys are

11   playing basketball and he's not able to play with

12   you or he has to stop because of his injuries?

13       A     Yeah, all the time.

14       Q     Are there times when you are going to play

15   basketball, and when you say we you mean this group

16   of friends --

17       A     Yeah.

18       Q     -- that he does not play with you?

19       A     Repeat that.

20       Q     Are there times where you guys go and he

21   does not play?

22       A     Yes.

23       Q     So when the times that he has gone with

24   you and he's not playing, what is he doing?

25       A     Either in the car on his phone, on his

[42]

1    phone talking to somebody.

2        Q    Now, you did talk to me before your

3    deposition today; is that correct?  We had a

4    conversation a couple of days ago?

5        A    Yes.

6        Q    And you remember asking me -- do you

7    remember me asking you what happened when you guys

8    were out there at the apartment complex?

9        A    Yes.

10       Q    You remember kind of me, much like

11   Mr. Bennett did, me asking you to describe what

12   happened when you first saw the officer and all that

13   stuff?  Do you remember that?

14       A    Yes.

15       Q    You used, when we were talking, the phrase

16   swallowed.  Do you remember saying that phrase?

17       A    Yes.

18            MR. BENNETT:  Object to the form.

19       Q    (BY MS. MILLER) Define for me swallowed,

20   swallowed, like you swallowed, something gets

21   swallowed.  Describe for me and for the record what

22   you, why you used the phrase swallowed and what you

23   were describing.

24       A    Okay.  So when I, when he hopped out the

25   car the door opened, and it was like he put a foot

[43]

1    on the ground.  I can't say, I'm not for sure.  I

2    just know like when he put his leg out there and

3    tried to touch the ground the car kind of like just

4    swallowed him up under it.  Like he went straight up

5    under the car.

6         Q    When you say "the car" what car are you

7    talking about?

8         A    The police car.

9         Q    And so --

10        A    And then that's when I looked up, like

11   when I looked up and the tree.

12        Q    Then after you looked up, the car hit the

13   tree, you described that you then got out of the car

14   and took off running?

15        A    Yes.

16        Q    Now, once you got out of the car and took

17   off running you said you looked back and you saw,

18   what did you see Dianti doing?  Did you say he was

19   trying to put weight on his leg but he couldn't?

20   Can you describe that again because it was a little

21   confusing.

22        A    He was trying to get up, but he couldn't

23   get up.  Like he was on one leg, trying to put

24   his -- I can see him trying to put his other leg on

25   the ground, but he couldn't.  Like, like the other

[44]

1    leg couldn't touch the ground.  He was just like

2    kind of like hopping, and he just collapsed.  Like

3    he hopped, like I can just say like twice.  I'm not

4    sure twice.  I just know he tried to get up.

5           When he tried to put his foot on the

6    ground it wasn't even like you were trying to walk.

7    It was trying, like he was like trying to get up or

8    whatever he be in, trying to put his foot on the

9    ground and couldn't.  And he fell, like just fell on

10   the ground.

11        Q    And you described how his, seeing how his

12   foot looked?

13        A    Yeah.  I thought it was broken.

14        Q    What was it about the physical appearance

15   of his foot that led you to believe it was broken?

16        A    Because it was like couldn't, it was, it

17   was basically dangling.  It wasn't touching the

18   floor.  Like you know how you, a person that stands

19   up straight and you just, you can't even stand up

20   straight like that.  I don't know; I don't know.

21        Q    So are you saying that he couldn't put his

22   weight on it?  From what you could observe --

23        A    Yeah, he couldn't put his weight on.

24        Q    -- he couldn't put his weight on it?

25        A    Yeah.  So it was just like, it's crazy.

[45]

1      Q    Oh, when I spoke to you yesterday you, how

2  would you describe for the record what it was about

3  the police officer's behavior that made you fearful?

4  And I'm talking about on the day of the incident.

5  What was the officer doing that seemed unusual to

6  you, if anything?

7      A    The Union City officer?

8      Q    Yes.

9      A    Okay.  So first, first off we, we, we, we

10 wasn't doing anything.  Like the day was I was

11 supposed to be going to get some clothes and, you

12 know, going back to.  I still be, you know, we had

13 something going on; we know we had something going

14 on.  It just wasn't that.

15         And it just like when he parked in front,

16 when he parked in front he started looking at.  When

17 he looking at me he didn't take his eyes off.  So

18 it's just like I'm looking.  Then I try to turn my

19 head; I look away.  He still looking at me so it's

20 like now, now, now I feel like I'm being targeted.

21 I can't even use the word targeted because everybody

22 feel like they might get targeted, police officer do

23 that.

24         But it just like you picking, you picking

25 at a person.  And then when he followed us, he

[46]

1    followed, I'm thinking we're going to pull over

2    right there.  You know, I'm thinking we're going to

3    pull over right there.  He follow us all the way

4    towards my neighborhood.  We hadn't even gotten in

5    my neighborhood yet.

6            And you followed us, not even hitting your

7    light, not even giving us a sign you are going to

8    pull us over.  And you take, we go all the way in

9    the neighborhood to where it is I'm thinking I was

10   going to go home, he's going to follow me all the

11   way to my house.  So it's just like, I don't know.

12   I thought I was just being target, we was being

13   targeted that day, or, or picked, picked on,

14   however.

15       Q    Was it unusual in your experience for an

16   officer to follow a car that you were in that long

17   without putting on blue lights or a siren or

18   something?

19       A    No, ma'am.  When I got pulled over, when

20   Mr. Bennett asked me when I got pulled over that

21   time, they pulled us over right there like and did

22   what they had to do right there.  It wasn't no

23   following.  They didn't follow.  We were on the

24   expressway.  They didn't follow; they didn't try to

25   keep follow us, nothing.  They pulled us over right

[47]

1   there.  I didn't, I actually did not get why he was

2   following me.  That's why I felt like we was being

3   picked, actually being picked.

4        Q    You're saying it was unusual in your

5   experience for a police officer to follow you for

6   that long without putting on a blue light or a

7   siren?

8        A    You say it was --

9        Q    I'm asking you.  Was it unusual in your

10  experience, did it seem strange --

11       A    Yeah, yeah, it was strange.

12       Q    Let me finish the question.  Was it

13  strange to you based on your experience that the

14  police officer was staring at you, following you,

15  not putting on a siren, not putting on a blue light

16  from the gas station to the apartment complex?  Was

17  that something unusual in your experience?

18       A    Yes, ma'am.

19            MS. MILLER:  Okay.  I think that's all I

20       have.

21            FURTHER EXAMINATION

22  BY MR. BENNETT:

23       Q    I have a couple of follow-up questions

24  here.  In terms of that vehicle stop -- and I'm just

25  going back to your personal experience when that

[48]

1    vehicle was stopped, and you just testified that it

2    was immediate or close to being immediate, not

3    really followed -- do you know why that vehicle was

4    pulled over?

5         A    It was for a, a taillight.  I think the

6    taillight was out or, or something was wrong with

7    the car, like the lights.

8         Q    So a taillight being out, you can see that

9    pretty quick.  If you're looking at the car you can

10   see a taillight out, correct?

11        A    Yes, sir, I believe.

12        Q    Did that officer stop that vehicle for

13   physically seeing a taillight out on that car?

14        A    Yes, I believe so.

15        Q    Do you know why Officer Mays was stopping

16   the vehicle you and Dianti were in?

17        A    No, sir.

18        Q    If I tell you, and I'll represent to you

19   that Officer Mays stopped the vehicle because it

20   matched a description of a stolen vehicle.  Do you

21   understand that?

22        A    Yes, sir.

23        Q    And you would agree with me that it's

24   reasonable for him to try to identify whether or not

25   that's actually a stolen vehicle --

[49]

1      A      I can't speak on his behalf because I
2   don't know.
3      Q      But, no.  I'm just asking you your -- you
4   would agree that trying to identify a car that you
5   believe might be stolen because it matches the
6   description of a stolen vehicle would require
7   someone to make sure that he had that right before
8   he stopped you, correct?
9      A      I believe so, sir.
10      Q      Now, do you have any law enforcement
11   training, sir?
12      A      No, sir.
13      Q      Do you know how long it takes for
14   something to come back from a dispatch office?
15      A      No, sir.
16      Q      In terms of what Officer Mays was doing
17   while he was following your vehicle, you don't know
18   what he was doing, correct?
19      A      Yeah.  No, sir.
20      Q      You don't know what he was doing in that
21   car?
22      A      Yeah, I don't know.
23      Q      So it's fair to say you don't know whether
24   or not what he was doing in that car was
25   unreasonable in the amount of time he needed to

[50]

1    follow you before initiating his lights; is that --

2        A    Yes, sir.

3             MS. MILLER:  Did you understand that

4        question?

5             THE WITNESS:  Yeah.  Can you repeat?  It

6        kind of --

7        Q    (BY MR. BENNETT) You answered the

8    question.  I think he, I will take that as he

9    understood it.

10       A    It kind of froze, but.

11       Q    I'm going to ask you.  It sounds like you

12   had a long conversation with counsel prior to this

13   deposition; is that fair?

14       A    Who's counsel, sir?

15       Q    With Ms. Miller.  You guys had a long

16   conversation prior to this deposition; isn't that

17   correct?

18       A    It was brief; it wasn't long.

19       Q    It was brief enough where you could go

20   through all your testimony here today?

21            MS. MILLER:  He answered it.  He said it

22       was brief.  Are you asking him about his

23       testimony today?  You asked him about our

24       conversation and if it was long; he said it was

25       brief.

[51]

1          MR. BENNETT:  Please don't instruct the

2      witness how to answer.

3          MS. MILLER:  I'm not instructing the

4      witness.

5          MR. BENNETT:  I understand the -- if you

6      have an objection please make the objection.

7      But I'm asking him --

8          MS. MILLER:  Asked and answered.

9          THE WITNESS:  It was brief though, sir.

10     Q    (BY MR. BENNETT) You guys had a discussion

11  about the term swallowed, correct?

12     A    Yes.  I, I actually said that time.

13     Q    Prior to this, as I was going through my

14  examination of you you never once used the term

15  swallowed.  Okay?  Isn't that true?

16     A    Yes.

17     Q    I wanted to ask you what else during your

18  conversation with Ms. Miller from beginning to end,

19  tell me what you and Ms. Miller discussed.

20     A    She just asked me what happened.  I told

21  her what happened.  And she just told me when I do

22  this deposition just tell the truth, nothing but the

23  truth.

24     Q    Did she tell you to make sure you used any

25  buzz words?

[52]

1        A    No, sir.  That's why I said brief, sir.  I

2   didn't do nothing but tell her what happened, and

3   she told me to tell the truth.

4        Q    Now, when you got into this term -- I'm

5   going to go back to this swallowed here.  You

6   testified earlier that Dianti got out of the

7   vehicle, correct, as --

8        A    Yes, sir.

9        Q    -- it hit the tree?

10       A    (Witness nods head.)

11       Q    He --

12            (Reporter interruption for clarification.)

13       Q    (BY MR. BENNETT) And I'm going back to the

14  time that Dianti first jumps out of the car.  When

15  he jumped out of the car did you look at Dianti?

16       A    Yes.

17       Q    And how long were you looking at Dianti?

18       A    Like a split second.

19       Q    And then you turned your attention back to

20  the tree in front of you?

21       A    Yes, yes.

22       Q    Dianti was moving at that time, correct?

23       A    By moving do you mean like in the car

24  moving?

25       Q    No.  When you got out of the car did he

[53]

1   just stand still when he got out of the car?

2        A    No.

3        Q    He was running, correct?

4        A    No.

5        Q    No?  So which one was it?  Was he standing

6   still when he got out of the car, or was he running?

7        A    The car, the car is in motion, sir, so the

8   car is still moving.

9        Q    Right.  But what was Dianti doing at that

10  time?

11       A    Once he opened his door he put, when you

12  try to run out of a moving car, however -- I don't

13  know; I can't say this, but however -- basically the

14  car, the car was right behind.  So when he opened

15  the door and tried to run I just see him go down.

16  You got what I'm?

17       Q    How close was that car behind you guys?

18       A    Close, close.  It was close because we

19  were coming to a stop, so.

20       Q    So Officer Mays' car is right behind you,

21  and Dianti jumped out of the car.  Did he run

22  between, behind the car you were in?

23       A    The car I was in?

24       Q    Yeah.  You, did you run -- did he run

25  behind the black Jeep?

[54]

1      A      Actually on, on the side so basically when

2  he opened his door -- he's on the left-hand side;

3  I'm on the right.   When he opened his door the, how

4  it's set up is the, like you said, the woods is on

5  the right, my side, and the lake is on the, on the

6  left side.   So the back, if he's in the back of the,

7  our car he's behind us.   So he, he's, you know what

8  I'm saying, he is not close to Dianti's door or none

9  of that.   That's, he's behind the car.

10      Q      Right.

11      A      My understanding, when he got, opened the

12  door and he put, tried to even put a feet out or a

13  leg out, whatever the case may be, he goes under the

14  car.   Do you know that?   I mean do you, do you kind

15  of get where I'm trying?

16      Q      So I'm following you, you're saying when

17  Dianti opens up the door to his car, he gets out.

18  He goes underneath his car?

19      A      No, not, not the Jeep, not the Jeep.   The

20  police car.

21              Can I give a theory?   It's like put it out

22  there.

23              MS. MILLER:   No, you don't give a theory.

24      You just need to answer the question.

25              THE WITNESS:   It was better explaining it

[55]

1          like that, say that.

2          Q    (BY MR. BENNETT) You know what, since you,

3    if you have a theory let me just hear your theory.

4          A    Okay.  So basically if the police car is

5    behind us he wouldn't have got to Dianti.  Like if

6    the car is directly behind the Jeep Cherokee, the

7    police car directly behind the Jeep Cherokee to

8    where the headlights are facing the front of the

9    police car, the car --

10              (Reporter interruption for clarification.)

11              THE WITNESS:  No.  I'm saying if, if the

12         headlight was facing the front of the Jeep, the

13         front of the police car was facing the back of

14         the Jeep Cherokee, if that was the case Dianti

15         would have never got, you know, injured or

16         whatever.  I'm not, I don't know for sure.  I'm

17         just saying I know for kind of, you know, he

18         would have got out of the car and probably ran,

19         like had a run.  But that wasn't the case.

20         Q    (BY MR. BENNETT) Do you know what

21    direction, well, could you tell what direction

22    Dianti was trying to head in?

23         A    He just opened his door and was going to

24    just open the door and just was trying to get out.

25         Q    I'm just trying to make sure I have your

[56]

1  positioning correct.  So the police officer's

2  vehicle, they were not directly in line, were they?

3      A    No, they wasn't.

4      Q    Was the police officer's vehicle pushed

5  over towards behind but over to the left; is that

6  right?

7      A    I, I, not, well, I'm on the right so,

8  yeah, you can say that.  Well, I can, well, I'm not

9  know for sure, but.

10     Q    I'm just trying to make sure I'm following

11 that it just wasn't bumper to bumper perfectly lined

12 up?

13     A    Yeah, yeah.

14     Q    The car was getting over towards the

15 driver's side of the vehicle and not directly in

16 line?

17     A    Yeah.

18     Q    Let me ask you.  When Dianti opened up his

19 door how long was that door open before he got out

20 of the vehicle?

21     A    I don't know.  I can't, it just a split

22 second.

23     Q    I guess the thing I'm trying to make sure

24 was he didn't open up the door and have it kind of

25 open before he jumped out.  It was I'm getting out

[57]

1    of the car.  I open the door; I'm getting out of the

2    car, correct?

3        A    Yeah.  It was open door and trying to get

4    out.  It wasn't no full open, like a whole open

5    door, but it was a open door and got out.

6        Q    I want to just go back to one quick

7    follow-up question with the Gwinnett County

8    incident.  When the officer had the gun pointed at

9    your chest how far away was he from you?

10       A    Actually right in front of me.  It was in

11   the hotel hallway so he was actually right in front

12   of me.

13       Q    In terms of feet did the gun ever come in

14   contact with your chest?

15       A    Huh-uh.  No, sir.

16       Q    Was it more than an arm distance away from

17   you?

18       A    Arm's reach?

19       Q    Yes, sir.

20       A    Like he could have touched me if he

21   reached his arm out?

22       Q    Yes, sir.  Could he touch you?

23       A    Huh-uh.  It was, it was close like that,

24   but it wasn't to where like, because he had the gun

25   pointed at me so the gun wasn't touching me, so.

[58]

1        Q     When he approached, was the gun already

2   out when he was approaching you?

3        A     Yes.

4        Q     We haven't spoken about his ankle.  Did

5   Dianti ever mention anything else about his injuries

6   to you?

7        A     Can you repeat that?

8        Q     Did Dianti mention anything else about any

9   other injuries to you?

10        A     No, sir.

11        Q     Let me just ask you.  In terms of

12   Dianti's -- and this is going to sound like a weird

13   question -- but prior to this incident was Dianti

14   ever able to dunk a basketball on a ten-foot goal?

15        A     He probably, he can touch rim I believe.

16        Q     How about now when you guys play?  Can he

17   still touch the rim?

18        A     I, I actually don't know.  He ain't tried

19   it.

20              MR. BENNETT:  That's all I have.

21              FURTHER EXAMINATION

22   BY MS. MILLER:

23        Q     One followup based on the questions you

24   just asked.  Mr. Whitehead, just so that the record

25   is clear, when I spoke to you yesterday did I say

[59]

1    the phrase swallowed to you?

2        A    No, no.

3        Q    Is that a phrase that you told to me?

4        A    Yes.

5        Q    Did I at any point yesterday tell you what

6    to come to this deposition to say?

7        A    No, ma'am.

8        Q    Did I give you any buzz words to say?

9        A    No, ma'am.

10       Q    And when Mr. Early, Dianti, got out of the

11   Jeep was the Jeep still moving?

12       A    Yes.

13       Q    So he jumps out, and the Jeep is still

14   going straight ahead, correct?

15       A    Yes.

16       Q    No one is steering the Jeep, right?

17            You've got to speak up.

18       A    No.  Yes, no one, no one was steering.

19       Q    And what made the Jeep stop?

20       A    The tree.

21       Q    How did the tree make the Jeep stop?

22       A    Oh, it impacted it.

23       Q    The Jeep impacted the tree?

24       A    Yeah.  I mean the, the way impact, the car

25   impacted the tree.

[60]

1          MS. MILLER:  Thank you.  That's all I

2      have.

3              FURTHER EXAMINATION

4  BY MR. BENNETT:

5      Q    And I'm sorry to do this, Mr. Whitehead.

6  I do have one followup.  In terms of your, what

7  phone number -- when you met or spoke with

8  Ms. Miller did you do that in person?

9      A    The, when I first met her?

10     Q    Right.  When you first, when you met with

11 her yesterday did you meet with her or --

12     A    Yes, yes.  Wait.  No, no, no, no.

13     Q    Let me be clear.  When you spoke to her to

14 get prepared for this deposition --

15     A    Huh-uh, no, I didn't; I didn't.  I'm

16 sorry.

17     Q    So did you do that over the telephone?

18     A    Yes.

19     Q    And did you use your phone to speak with

20 her?

21     A    Yes.

22     Q    Was there anybody there with you when you

23 spoke with her?

24     A    No.

25     Q    What was the phone number you used to

[61]

1    contact Ms. Miller?

2         A    I actually don't have a phone number.  I

3    was on -- what it -- it was actually on Zoom.

4         Q    On Zoom?

5         A    Yeah.  I don't have a phone number, so.

6         Q    And if it was on Zoom what computer were

7    you using or what device were you using to access

8    it?

9         A    I was using a iPhone.  It has the email on

10   it.

11        Q    Whose iPhone was it?

12        A    I think it's my friend's iPhone.

13        Q    You think it was your friend's iPhone?

14        A    Yeah.  I don't know whose phone it is.

15   They say it's, you know, whoever.  Well, if somebody

16   tells me it's theirs I just go with it's theirs.

17        Q    What friend did you get the iPhone from?

18        A    It's one of my home, homeboys.  Well, good

19   friend.

20        Q    What's his name?

21        A    No, I didn't get it from him.  He, he

22   still got the phone.  I was just using it.

23        Q    Right, right.  But the one that you

24   borrowed, who, what's your friend's name?

25        A    Anthony.

[62]

1      Q     And his last name?

2      A     I, I think it's Whitaker.

3      Q     And in terms of how long, do you know how

4   long the conversation lasted?

5      A     It was short, not, not even 30 minutes I

6   don't think.  After I had told, told my, what

7   happened it was over.

8      Q     Do you think it was more than 20 minutes?

9      A     I'm not sure.  I can't, can't recall.

10      Q     But you don't think it lasted more than 30

11   minutes?

12      A     No, it didn't.

13          MR. BENNETT:  That's all that I have.

14      Thank you, thank you very much for your time

15      today, Mr. Whitehead.  I do appreciate you

16      being patient with us with this.  I wanted to

17      say thank you.

18          MS. MILLER:  Do you want to give him the

19      opportunity?  Mr. Whitehead, you have the

20      opportunity to read your deposition once the

21      court reporter makes the transcript of it.

22      So she types it out.  You, because you were

23      the witness that was deposed, have the

24      opportunity to look at the deposition to

25      make sure that it's accurate and that there

[63]

1        are no typos.

2             You can't change your testimony, but you

3        can fix anything that is inaccurate if you want

4        to.  You don't have to, but you have a choice.

5        Would you like to read it, or would you not

6        like to read it?  It is up to you.

7             THE WITNESS:  I mean I don't have to.

8             MS. MILLER:  You don't have to.  Sounds

9        like he does not want to read and sign.

10            THE WITNESS:  Is it important?

11            MS. MILLER:  It's up to you.  I mean

12       it's --

13            THE WITNESS:  I don't know about this

14       stuff.

15            MS. MILLER:  You can look at it and just

16       make sure it's accurate.  It's up to you.

17       I'm not advising you.  It's really your

18       choice.

19            MR. BENNETT:  Mr. Whitehead, I know

20       sometimes on opposite sides you hear from

21       attorneys, but it is truly your decision.  It's

22       your right to do.  So neither one of us are

23       going to tell you don't use your right or use

24       your right, so.

25            THE WITNESS:  I just want to make sure I'm

[64]

1      not missing anything, like missing, you know,

2      that I got to complete or finish it with this.

3      But thank you, thank you.

4           (It was stipulated and agreed by and

5      between counsel for the respective parties and

6      the witness that the signature of the witness

7      to the deposition be waived.)

8           (Deposition concluded at 3:30 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[65]

1          CERTIFICATE OF COURT REPORTER
2    G E O R G I A
     FULTON COUNTY:
3          I hereby certify that the foregoing
     transcript was reported as stated in the caption,
4    and the questions and answers thereto were reduced
     to writing under my direction; that the foregoing
5    pages 1 through 64 represent a true, complete, and
     correct transcript of the evidence given upon said
6    hearing.
7          I certify that I am not disqualified for a
     relationship of interest under O.C.G.A.
8    9-11-28(c); I further certify that I am not of
     kin or counsel to the parties in the case; I am
9    a Georgia Certified Court Reporter here as a
     representative of Deb Puckett & Associates; I
10   was contacted by Deb Puckett & Associates to
     provide court reporting services for this
11   deposition; I will not be taking this
     deposition under any contract that is
12   prohibited by O.C.G.A. 15-14-37(a) and (b) or
     Article 7.C of the Rules and Regulations of the
13   Board; and by the attached disclosure form I
     confirm that Deb Puckett & Associates is not a
14   party to a contract prohibited by O.C.G.A.
     15-14-37 or Article 7.C of the Rules and
15   Regulations of the Board.
16
           This, the 20th day of January, 2023.
17
18                *Cathey H. Sutton*
19                Cathey H. Sutton, B1354
20
21
22
23
24
25

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DIANTI EARLY,                      )
                                   )
        Plaintiff,                 )
                                   )   CIVIL ACTION NO.:
v.                                 )   1-22-CV-00816-SCJ
                                   )
OFFICER JOHN MAYS,                 )
Individually, as an officer       )
of the UNION CITY POLICE          )
DEPARTMENT,                        )
                                   )
        Defendant.                 )
----------------------------------------------------

REMOTE DEPOSITION OF

JUSTIN OMARI WHITEHEAD

----------------------------------------------------

Friday, January 6, 2023

2:01 p.m.


Cathey H. Sutton, CCR B1354
Certified Court Reporter


Deb Puckett & Associates
236 Alanna Avenue
Winder, Georgia  30680
(678) 428-3562
www.debpuckett.com
debpuckett@bellsouth.net

2

DISCLOSURE OF NO CONTRACT

I, Cathey H. Sutton, do hereby
disclose pursuant to Article 10.B of the Rules
and Regulations of the Board of Court Reporting
of the Judicial Council of Georgia that Deb
Puckett & Associates was contacted by the party
taking the deposition to provide court reporting
services for this deposition and there is no
contract that is prohibited by O.C.G.A. 15-14-37(a)
and (b) or Article 7.C of the Rules and
Regulations of the Board for the taking of this
deposition.

There is no contract to provide reporting
services between Deb Puckett & Associates or any
person with whom Deb Puckett & Associates has a
principal and agency relationship nor any attorney
at law in this action, party to this action, party
having a financial interest in this action, or agent
for an attorney at law in this action, party to this
action, or party having a financial interest in this
action.  Any and all financial arrangements beyond
our usual and customary rates have been disclosed
and offered to all parties.

This 6th day of January, 2023.


Cathey H. Sutton, CCR B1354

3

          A P P E A R A N C E S

On Behalf of the Plaintiff:
    TANYA F. MILLER
    Attorney at Law
    DuBose Miller
    75 14th Street NE
    Suite 2110
    Atlanta, Georgia 30309
    404-720-8111
    Fax: 404-921-9557
    miller@dubosemiller.com

On Behalf of the Defendant:
    MATTHEW H. BENNETT
    Attorney at Law
    Bennett Law Office, LLC
    1012 Memorial Drive
    Suite 13
    Griffin, Georgia 30223
    678-688-3554
    Fax: 678-688-3555
    mhb@bennettlawofficellc.com

                         - - -

4

I N D E X

Examination by Mr. Bennett.................Page  5

Examination by Ms. Miller.................Page 37

Further examination by Mr. Bennett.........Page 47

Further examination by Ms. Miller.........Page 58

Further examination by Mr. Bennett.........Page 60

5

```
1          (All the participants joined the
2    deposition via Zoom.)
3          JUSTIN OMARI WHITEHEAD,
4    having been duly sworn, was examined and deposed as
5    follows:
6          MR. BENNETT:  This will be the deposition
7    of Mr. Justin Whitehead, taken pursuant to
8    Notice and agreement of counsel for all
9    purposes under the civil practice, or the
10   Federal Rules of Civil Procedure.  Is it okay
11   to have the same stipulations as to objections?
12         MS. MILLER:  Yes.
13         (Counsel agreed that the stipulation
14   governing the taking of the deposition of
15   CHIANTI SUNKRIA BROWN will likewise govern the
16   taking of the deposition of JUSTIN OMARI
17   WHITEHEAD.)
18         EXAMINATION
19   BY MR. BENNETT:
20   Q    Mr. Whitehead, have you ever had a
21   deposition before?
22   A    No, sir.
23   Q    I want to give you the quick rundown of
24   what our ground rules are.  It won't take too long.
25   First, if I ask you a question if you can please let
```

7

```
1    they're just background.  They might sound a little
2    invasive, but it's just to make sure that you're
3    able to give testimony here today.  Are you under or
4    have you taken any medications today that would
5    affect your ability to provide your testimony?
6          (Reporter interruption for clarification.)
7          THE WITNESS:  No, sir.
8          MS. MILLER:  Speak louder.
9    Q    (BY MR. BENNETT) Have you consumed any
10   alcohol or any narcotics today that would affect
11   your ability to give truthful testimony?
12   A    No, sir.
13   Q    Are you under any stressful circumstance,
14   such as a sick family member, medical diagnosis, or
15   anything of that nature that would affect your
16   ability to give testimony today?
17   A    No, sir, no, sir.
18   Q    Thank you.  If I could, would you please
19   state your full name for the record.
20   A    Justin Omari Whitehead.
21   Q    Sir, are you married?
22   A    No, sir.
23   Q    And how old are you, sir?
24   A    Twenty-three.
25   Q    And what's the highest level of education
```

6

```
1    me finish my question before you answer so that way
2    we're not talking over one another.  Can you do that
3    for me?
4    A    Yes, sir.
5    Q    Thank you.  As well as I know in normal
6    conversations we do a lot of head nods, uh-huhs,
7    things of that nature.  Because we are taking it
8    down and we have a court reporter taking everything
9    you say down, please try to use yes or no answers to
10   the best of your ability.  Okay?
11         And then if you do need to take a break
12   for any reason please let me know; that's okay.
13   We'll make sure that you have the opportunity to do
14   that.  All I ask is if we have a question pending
15   you answer the question first before you take that
16   break.  Okay?
17   A    Okay.
18   Q    And I know we're here in Zoom, and I can
19   tell that you're there with Ms. Miller at her
20   office.  So we know the location that you're there.
21   And, of course, other than Ms. Miller is there,
22   anybody else in the room with you?
23   A    No, sir.
24   Q    If I can I'm going to ask you a couple of
25   quick questions.  I don't mean anything by it;
```

8

```
1    you have?
2    A    High school diploma.  High school diploma.
3    Q    And what high school did you graduate
4    from?
5    A    Hapeville Charter Career Academy.
6    Q    And are you currently employed, sir?
7    A    No, sir.
8    Q    Do you have any prior military service?
9    A    No, sir.
10   Q    Let me ask you, have you ever been
11   arrested before?
12   A    Yes, sir.
13   Q    If you could when, how many times have you
14   been arrested?
15   A    Once, sir.
16   Q    And when did that arrest occur?
17   A    I think it was October, October last year
18   if I can recall.
19   Q    So sometime in October '22.  All right.
20   Is that case, are you still under prosecution for
21   that arrest?
22   A    Can you explain to me what --
23         MS. MILLER:  Is the case still open?
24         THE WITNESS:  I don't, I don't think
25   it's --
```

9

1      MS. MILLER: Yes, it's still open.
2      THE WITNESS: Yeah, yeah, it's still open.
3 Yeah.
4      MS. MILLER: So I would just on his
5 behalf, since I don't represent him, ask you
6 not to ask any questions about an open case.
7      THE WITNESS: Yeah.
8      MR. BENNETT: Absolutely no problem. I
9 wasn't going to go into it. That's why I
10 wanted to make sure I asked if it was open
11 first.
12     MS. MILLER: Thank you, Mr. Bennett.
13     Q    (BY MR. BENNETT) No problem. I will ask
14 you one question just about it. What county is the
15 case pending in?
16     (Reporter interruption for clarification.)
17     THE WITNESS: In Douglas County.
18     Q    (BY MR. BENNETT) It is our understanding,
19 and we're going to turn our attention just to the
20 incident we're here about today. As I understand
21 you're the cousin of Dianti Early, correct?
22     A    Yes.
23     Q    And there was an incident that was about,
24 occurred on March 1st, 2020 where Mr. Early was hit
25 by a Union City police officer's car. Do you

10

1 remember that incident, sir?
2     A    Yes, I do, sir.
3     Q    Let's start at the very beginning of that
4 day. When did you first meet up with Dianti?
5     A    I don't remember when I met up with him
6 specifically. I just remember like where I went,
7 you know, everything went, started to occur.
8     Q    Do you guys remember where you were coming
9 from prior to seeing the police car --
10     A    At -- I'm sorry.
11     Q    -- I'm sorry -- prior to you seeing the
12 police car at the gas station?
13     A    We were actually going to my house.
14     Q    And do you remember where you were leaving
15 from to go to your house?
16     A    I don't. I was actually going to get some
17 clothes so, yeah, I don't.
18     Q    You guys were in a black Jeep Cherokee
19 that day. Do you know who owned that vehicle?
20     A    Dianti.
21     Q    Did you ever discuss with him how he came
22 to be in possession of that vehicle?
23     A    He bought it. I recall he bought it.
24     Q    Were you present with Dianti when he
25 purchased the vehicle?

11

1     A    No, sir.
2     Q    Did you ever see any bills of sale or any
3 documents related to the ownership of the vehicle?
4     A    No, sir.
5     Q    Prior to the incident that took place
6 between the officer and Dianti, how long were you
7 with Dianti?
8     A    Can you repeat that again?
9     Q    How long were you with Dianti prior to the
10 incident that we're about to talk about?
11     A    So before the incident?
12     Q    Yes.
13     A    Like, I can say like two days, two days.
14     Q    When you say you were with him for two
15 days prior, during that time did he have the black
16 Jeep with him?
17     A    I don't remember. I can't remember.
18     Q    Do you remember what you and Dianti were
19 doing the two days prior to the incident?
20     A    We was going to studios because we both
21 are interested in music so studios. And
22 basically like just hanging out together, you know,
23 going to places, eat food, movies, you know.
24     Q    During that time how did you guys get
25 around?

12

1     A    I was actually with, with him.
2     Q    In that time how did you guys, when you were
3 driving around to go to different places were you in
4 his vehicle?
5     A    Yes. Not the, the specific vehicle I
6 think you're referring to.
7     Q    What vehicle were you in, sir?
8     A    I can't recall what vehicle. It wasn't
9 the Jeep though. It wasn't that black Jeep you're
10 referring to.
11     Q    Do you know whose vehicle that you guys
12 were using the two days prior to the incident was?
13     A    Can't recall.
14     Q    Tell me the first time that you saw the
15 Union City police car involved in this case.
16     A    I was, we was parked in front of the store
17 facing the gas pump, just sitting there for I can
18 say like two, three minutes. And the officer pulled
19 up to the gas pump in front of us, and I just, I
20 just thinking like why did the police, you know,
21 pull right there in front of us and, you know,
22 there's other gas pumps. I'm just having thought
23 like what's going on.
24     My cousin gets back in the car; he said
25 the same thing, like what's going on because we

13

1  don't know what's going on.  And we, we pull out; he
2  followed us.  Oh, that's my personal.  I'm going too
3  far.  I'm sorry.
4      Q   That's okay.  I was about to ask you that
5  next question.  So you guys notice the vehicle.
6  When you have the conversation with Dianti about
7  seeing the police car there, was that inside the
8  vehicle while you guys were outside the gas station?
9      A   Can you repeat that?
10     Q   When you guys, when you were talking about
11 that discussion you and Dianti had about seeing the
12 police vehicle, were you guys inside the car outside
13 the gas station?
14     A   Yes.  He just getting in the car.  He had
15 the door open, and he act like why the police are
16 right there.
17         MS. MILLER:  I'm sorry.  He just answered.
18 Can we pause for one second to tell my
19 assistant to grab my mom?
20         MR. BENNETT:  Absolutely.
21         (A brief recess was taken at 2:15 p.m.)
22     Q   (BY MR. BENNETT) So as you guys entered
23 your vehicle outside the gas station you were
24 heading back to go to your apartment, correct?
25     A   Yes, sir.

14

1      Q   And I think you said as you were driving
2  back you noticed the police car behind you, correct?
3      A   Yes.  He was trailing, trailing us.
4      Q   And your apartment at the time, was it the
5  apartment at Shannon Lakes?
6      A   Yes, sir.
7      Q   How long had you lived in Shannon Lakes
8  prior to this incident?
9      A   I can't say a specific number, but like we
10 moved to Union City before like ninth grade.  And I
11 did my whole four years there so I can't recall,
12 like.
13     Q   It's been a long time?
14     A   Yeah.  A long time, like over five, four
15 or five years.
16     Q   And Dianti has visited you at that
17 apartment quite a bit, correct?
18     A   Yes, sir.
19     Q   So as you guys entered into the apartment
20 complex, Officer Mays, who's the defendant in this
21 case, he was still following you, correct?
22     A   Yes, sir.
23     Q   And you guys are heading towards your
24 apartment.  Do you remember how fast Dianti was
25 driving?

15

1      A   No, sir.  It was slow.  It was very slow
2  to, but, no, sir, I don't.
3      Q   Do you recall the first time you saw the
4  officer turn on his blue lights?
5      A   We were by the rent office I, I believe,
6  and the rent office, yeah, we, we were by the rent
7  office.  And the rent office is like deep, actually
8  by my house almost, so.
9      Q   That's when you saw the officer activate
10 his blue lights to try to stop you, correct?
11     A   Yes.
12     Q   And did Dianti stop the vehicle when the
13 blue lights turned on?
14     A   No, sir.
15     Q   And he continued to drive his vehicle past
16 your apartment; isn't that true?
17     A   Yes, sir.
18     Q   Now, after you continued past your
19 apartment did you get out of the vehicle at that
20 point in time?
21     A   You -- can you repeat that?
22     Q   Walk me through in your own words -- and
23 we can break it down afterwards -- but walk me
24 through what happened after, immediately after the
25 officer turned on his blue lights.  What happened

16

1  next?
2      A   Okay.  We passed my house, went up the
3  hill.  We wasn't going very fast.  It's speed bumps.
4  So go down the hill, and I get the thought that
5  we're fixing to hop out.  We hop out and -- no.  He
6  hops out first.  And then when he hops out it was a
7  split second so when I looked up I hit a tree, like
8  the car hits a tree.  So he hopped out; the car hit
9  the tree, and, you know, I get out.
10     Q   When Dianti got out of your vehicle the
11 car was still moving, correct?
12         I'm sorry.  I didn't hear your answer.
13     A   Yes, sir.
14     Q   Dianti did not put the car into park;
15 isn't that true?
16     A   No, sir.
17     Q   That's a weird question because you said
18 no.  So did he put the vehicle into park before he
19 jumped out?
20     A   Oh, no, sir.
21     Q   And you said that you were still in the
22 vehicle when you hit the tree.  When that occurred
23 did you have any injuries, sir?
24     A   No, sir.
25     Q   And as you were in the vehicle where were

17

1  you looking at?  What direction were you looking
2  when Dianti jumped out of the car?
3     A   I was looking his direction at first.
4  Then the car, the car was still in motion so I
5  turned when he did, he got out.  I looked straight,
6  and I seen the tree.
7     Q   After he gets out of the car -- I just
8  want to be clear -- after he got out of the car
9  you're looking at the tree in front of you, correct?
10    A   Yes.
11    Q   How soon after you hit, the car hit the
12 tree did you get out of the vehicle?
13    A   It was like a whole 59 seconds.  A whole
14 minute, it took me a whole minute to like snap back.
15    Q   You're in the car for a whole minute after
16 the entire incident, or after you hit the tree?
17    A   Yes, sir.
18    Q   Did you lose consciousness while you were
19 in the vehicle?
20    A   No.  It was like a quick blackout, a long
21 blink, but it was quick.
22    Q   And what was the first thing you did after
23 the car hit the tree?
24    A   I opened the door, and I moved all the
25 tree, like the bushes out the way.  And I didn't see

18

1  nobody so I took off running.
2     Q   And from our understanding when you look
3  at the parking lot area that you guys were in, if
4  you're facing from the direction that you came from
5  on your left is the little lake that's in the middle
6  of the apartment complex --
7     A   Uh-huh.
8     Q   -- and on the right-hand side is the wood
9  line?
10    A   Uh-huh.
11    Q   When you got out of the car which way did
12 you go?  Did you run towards the lake, or did you go
13 towards the wood line?
14    A   So when the car hit the tree, so now it's,
15 the lake is behind the car so the car facing the
16 tree now and the lake is behind the car.  So I get
17 out facing like the building, like basically like
18 the way we came in.
19    Q   So you're facing back towards the way that
20 you guys came in?
21    A   Yes, sir.
22    Q   And which way did you, you go I guess?
23 Did you go back the way you guys came in, or did you
24 go back further like you were going in the path of
25 the vehicle?

19

1     A   The, the way we came in.
2     Q   What did you see when you were running
3  back the way that you came in?
4     A   I took three or four, four or five steps
5  and turned around, like just turned my head.  I was
6  still in a jogging motion of running, and I seen
7  Dianti like trying to get up.  But to me it looked
8  like his leg was broken.  That's what I thought
9  happened.  But he couldn't; he just collapsed on the
10 ground.  Like he was trying to get up, but he
11 couldn't get up.
12    Q   So did you see Dianti with a broken leg in
13 your mind?
14    A   It was like when he was trying to get up
15 it was dangling, like he couldn't put it on the
16 floor.
17    Q   When you saw that did you stop, or did you
18 continue to run from the area?
19    A   Keep going.
20    Q   Now, as you were running did you go
21 directly back to your apartment, or where did you
22 go?
23    A   I went directly to my apartment.
24    Q   And from your apartment could you observe
25 anything that was transpiring between Dianti and the

20

1  officer?
2     A   No, I can't.
3     Q   What was the address for your apartment,
4  your apartment number?
5     A   I don't remember.  It's, yeah, I don't
6  remember.  It's the Park at Netherley; that's the
7  name of the apartments now, but I don't know the
8  unit, the apartment number.
9     Q   You don't recall the apartment number that
10 you lived in?
11    A   Yeah, yeah, I don't.
12    Q   Does your mom still live in that, at that
13 apartment?
14    A   No, sir.
15    Q   When did you move away from that
16 particular apartment complex?
17    A   I can't recall that.  I think that year
18 2021 or something.
19    Q   And did you know who would be on the lease
20 for the apartment?  I'm sorry.  It looked like you
21 said something but it --
22    A   My mother, my mother.
23    Q   So going back to the incident, other than
24 seeing Dianti being on the ground or not being able
25 to get up, did you see anything else?

21

```
 1        A   No, sir.
 2        Q   So you never saw what took place between
 3   Dianti coming into contact with the vehicle
 4   directly, correct?
 5        A   Yes, sir.  No, no, sir.  I'm sorry.
 6        Q   No, no, it's one of those weird lawyer
 7   questions sometimes.
 8        A   Yeah, I just, I just got tricked by -- I'm
 9   sorry.
10        Q   No, it's okay.  I just want to make sure
11   I'm clear.  You did not personally see Dianti being
12   struck by the vehicle, correct?
13        A   Oh, no, sir.
14        Q   So in terms of what actually took place of
15   how the officer came into contact with him, you
16   wouldn't be able to tell me anything that you, you
17   know about it?
18        A   You say with him?
19        Q   Right.  Because you never, you didn't see
20   it so you don't know what happened?
21        A   Oh, no, no sir.
22        Q   Did you talk to Dianti about what
23   happened?
24        A   No, sir.
25        Q   Have you had any conversations with Dianti
```

22

```
 1   about what took place that day?
 2        A   No, sir.  Only about a deposition, I
 3   supposed to be doing this.  That's the only.
 4        Q   Did you do anything to prepare for your
 5   deposition for today?
 6        A   No, not really.  That's why I'm kind of
 7   nervous.  I'm sorry if I am.
 8        Q   No, no, you're doing fine.  I appreciate
 9   you taking the time to meet with us, so.  In terms
10   of -- did you ever have any conversation with
11   Dianti's girlfriend, Ms. Britain?
12        A   No, sir.
13        Q   Do you remember any conversation that you
14   would have with Dianti's mother on the day of the
15   incident?
16        A   I think I didn't, I didn't call his
17   mother.  I called his brother and told, told his
18   brother that what, what happened.
19        Q   You called Dianti's brother, who then told
20   his mom?
21        A   Yes.  I think he, I think I -- I, I don't
22   know for sure, but I called him.
23        Q   Is your cell phone number the same that
24   you would have had at the time of this incident?
25        A   No, sir.
```

23

```
 1        Q   No?  Do you remember what phone number you
 2   had at the time of the incident?
 3        A   No, sir.
 4        Q   Do you remember what cell phone provider
 5   you might have had at the time?
 6        Is that a no?
 7        A   No, sir.
 8        Q   I want to go back just a little bit.
 9   After you guys saw the lights you mentioned that you
10   thought you and Dianti were going to run.  I want to
11   ask you, why did you feel like you needed to run?
12        A   Me personally because I was afraid.  It
13   was so much happening at, at the time like, and it
14   was off guard.  So I was afraid personally.
15        Q   You were afraid even though you were a
16   passenger of a vehicle that's about to be stopped?
17        A   Yes, sir.
18        Q   Have you ever been involved with any law
19   enforcement official ever using force to detain you?
20        A   No, but I have had an incident with law
21   enforcement pulling a firearm on me.
22        Q   Tell me, when did that incident occur?
23        A   I can't remember when, but, yeah, I can't
24   remember when, but I, I can, but I can't remember
25   when.
```

24

```
 1        Q   Was it in 2020?
 2        A   Yeah.  It was, it was around that time.  I
 3   was, I was out of high school around, I graduated
 4   high school in 2018 so I was out of high school.
 5   And, yeah, it was around that time.  I was older.
 6        Q   And where did the incident occur?
 7        A   I was in Gwinnett County at a cousin's
 8   birthday, a little cousin's birthday party at a
 9   hotel.  I think it was a Stay Inn, a Suite Inn,
10   something like that, in Gwinnett County.  It's a
11   Dick's Sporting Goods by the hotel so it's
12   somewhere.  I remember.
13        Q   Do me a favor.  Tell me what took place
14   that caused that encounter with law enforcement.
15        A   Okay.  So it was a, it was an altercation
16   with my cousin's, my little cousin's mom and her
17   boyfriend.  And I guess the boyfriend had like put
18   his hands on her somehow some way, and the police
19   was called.  But from my understanding it wasn't
20   that serious because everybody, you know, escalated,
21   you know, like de-escalated the situation and
22   everything.  So I guess the police were called later
23   in that process.  And the police came later, like
24   when everybody was, you know, cool and cooled down
25   and he'd done apologized and everything.
```

25

```
1        And I was actually outside at the time
2   with some of my other cousins.  And I was trying to
3   catch the door to the hotel.  I remember just trying
4   to get back inside to get something.  And then when
5   I got in there, you know, I caught the door as
6   somebody was coming out the door.  You know, you
7   need a keypad to get into a hotel suite door or
8   anything like that.  I'm just here for a birthday
9   party so I didn't have a keypad or anything.
10       So I catch the door as somebody coming
11  out.  I ask them can they hold the door for me and
12  like jam the door.  Once I see, once I go to my
13  cousin's, like the hotel room I automatically hear
14  hey, stop, you, stop.  And it was behind me.  So
15  when, when I turn around I see him.  He's running up
16  on me, but at the same time he had his firearm in
17  his hand.  I can't see his eyes; he got sunglasses
18  on his face, everything.
19       So he just, he said don't move, don't
20  move.  And at this point like I, I, I did not move.
21  I mean I tried, I knocked on the door.  And he said
22  don't do that, don't.  I'm warning you; don't do
23  that.  I hit, I hit the door two times because I got
24  scared; I panicked.  I hit it those two times to try
25  to get somebody out there.  He was still like trying
```

26

```
1   to shoot.  And he stood with the firearm on me for
2   approximately like seven minutes until my family
3   came out there.  And his partner was like this ain't
4   the person, you know.
5        Q   After they cleared that you weren't the
6   person did they let you go?
7        A   Oh, yes.  They never detained me.  He just
8   had his firearm on me because he thought I was
9   trying to get back into the hotel some, I don't
10  know.  That's what he told his partner.
11       Q   Was anyone arrested?
12       A   No, sir.
13       Q   Do you remember what department that it
14  was that came out there?
15       A   It was, I think it was Gwinnett County.  I
16  don't know what's the name of that department, but
17  it was Gwinnett.
18       Q   Have you had any other encounters with any
19  law enforcement official?
20       A   No, sir.
21       Q   So would you agree with me that based on
22  your experiences if you do what the officer asked,
23  you aren't at risk of getting injured, right?
24       A   Can you repeat that?
25       Q   You would agree with me that based on your
```

27

```
1   own personal experiences that when you did what the
2   officer asked nothing happened afterwards; isn't
3   that a true statement?
4        A   The officer that I'm referring to?
5        Q   Yes, sir.
6        A   Yes, after a couple of minutes.  Like he
7   was in fire mode.
8        Q   But after they were, after he was able to
9   figure out what the situation was, nothing happened?
10       A   Oh, yeah.  I mean yes, sir.
11       Q   Again, so while you're in the vehicle with
12  Dianti did you think you did anything wrong?
13       A   No, sir.
14       Q   And you're not driving the car, correct?
15       A   No, sir.
16       Q   Do you have a driver's license?
17       A   No, sir.
18       Q   At the time of the incident did you ever
19  have a driver's license?
20       A   No, sir.
21       Q   Have you ever been in a car that's been
22  pulled over?
23       A   Yes, sir.
24       Q   And I imagine without a driver's license
25  you weren't driving that vehicle at that time?
```

28

```
1        A   No, sir.
2        Q   And when that car got pulled over did
3   anyone get out to run from the police?
4        A   No, sir.
5        Q   Did anything happen in that incident?
6        A   I think it was a search.
7        Q   Okay.
8        A   Or that's what it's called.
9        Q   Was anyone arrested at that period of
10  time?
11       A   No, sir.
12       Q   Was anyone injured by that encounter with
13  the police officer?
14       A   No, sir.
15       Q   Did you ever have a conversation with
16  Dianti about why he chose to run from the police?
17       A   No, sir.
18       Q   So you don't know why someone would decide
19  to run without knowing what the officer was even
20  trying to stop you guys for, right?
21       A   No, sir.
22       Q   Did you hear or were you present for any
23  conversations between the officer and Dianti at the
24  scene of the incident?
25           (Reporter interruption for clarification.)
```

29

```
 1        THE WITNESS:  No, sir.
 2        Q    (BY MR. BENNETT) And I want to ask you the
 3   one question that's kind of been burning through all
 4   of this with me is when you saw Dianti on the ground
 5   why didn't you stop to even check to see if he's
 6   okay or offer any kind of assistance.
 7        A    I don't know.  Just, just in the moment I
 8   guess.  I don't know.
 9        Q    At the time of the incident did you have a
10   cell phone with you when the incident occurred?
11        A    I'm not sure.  Not sure.
12        Q    When you got out of the car did you have
13   anything with you?
14        A    No, no.
15        Q    After the incident did you ever visit
16   Dianti at the hospital?
17        A    No.
18        Q    That's a no?
19        A    No.
20        Q    And did you ever go with Dianti to any
21   medical appointments?
22        A    No, sir.
23        Q    Or did you ever assist with any of his
24   therapy treatments?
25        A    No, sir.
```

30

```
 1        Q    Have you ever observed Dianti perform any
 2   kind of exercises for his ankle to try to strengthen
 3   it up?
 4        A    You said so seen?
 5        Q    Yes.  Have you ever seen him doing any
 6   kind of exercises at the house, particularly for his
 7   ankle?
 8        A    I can't say exercise, but, you know, I
 9   done seen him trying to work it, you know, after
10   he -- sometimes his leg might get in pain, and I
11   seen that his leg might get in pain or something and
12   he might have to stand up or walk, you know, or
13   stretch it out.
14        Q    How often do you hang out with Dianti?
15        A    A lot.
16        Q    Since this accident has he, what are some
17   of the things that you guys normally do when you
18   guys hang out?
19        A    We play basketball.  We still make music
20   together.  Just keep each other company.
21        Q    How often do you guys play basketball?
22        A    Every, try to get, get a hoop session in
23   every week.  Well, a basketball session in every
24   week.
25        Q    Now, when you guys play do you guys play
```

31

```
 1   pickup games, or is it just you and Dianti playing?
 2        A    It's all competition, pickups, one on one.
 3        Q    That's nice.  In terms of -- where do you
 4   guys normally play?
 5        A    So we go mostly like, like Decatur, Flat
 6   Shoals area.  Those where most of the free courts
 7   are at, basketball courts over there.
 8        Q    When you guys are playing do you guys
 9   doing like the full court, five on five at times?
10        A    Yes.  I might, we might have some other
11   friends with us.
12        Q    When was the last time you guys did that?
13        A    Last week.  Like, yeah, as a matter of
14   fact last week I didn't go, but last week I was
15   supposed to go.
16        Q    When was the last time you and Dianti --
17        A    The week, the week before last week.
18        Q    And how long were you guys there playing
19   basketball?
20        A    Up to five, five, six hours.
21        Q    And are you guys playing constantly
22   through that five to six hours?
23        A    He might not, but me and the rest of my
24   peers will.
25        Q    I'm just going to ask because I'm no older
```

32

```
 1   brother, but are you over there dunking on, on the
 2   net, or?  I'm just trying to figure out how you guys
 3   are doing it.
 4        A    I mean, okay, I, you know, a whole lot to
 5   speak on my game, I just let it show.
 6        Q    We'll leave that alone.  I won't say that
 7   you posted them up or anything.  In terms of this
 8   incident is there anything that you can think of
 9   that we haven't talked about that you remember
10   happening?
11        A    No, no, sir.
12        Q    Had you had any discussions with Dianti
13   about his mental health since this accident?
14        A    I did ask him about the leg, his leg one
15   time.  I don't know if it's his leg or his ankle; I
16   really don't know.  But I did ask him, like is it
17   still hurting, you know.  He's like yeah, it get to
18   aching sometime.
19        Q    I know you mentioned that you guys also
20   went to a, you guys would go to the studio.  Have
21   you guys recorded any music or anything recording
22   this particular incident?
23        A    Regarding -- what you mean?  Like, I
24   mean.
25        Q    That might have discussed this incident?
```

33

1 A Oh, no, no, sir.
2 Q Prior to this incident taking place on
3 March 1st, 2020 compared to now, how would you
4 describe Dianti's demeanor with you?
5 A Just the same I guess.  I can't, I, I, I
6 can't answer that.  I don't know.  That's a question
7 that I think he can answer.
8 Q But how about your encounters with him,
9 have you noticed anything different?
10 A Oh, with him?
11 Q Yeah.
12 A No, not really.  He, not really.
13 Q While you guys are meeting up and talking
14 does he ever talk to you about any of the police
15 cases that might be heard in the news?
16 A As far as, as far as him, or?
17 Q Not him but anything over the news, such
18 as the George Floyd incident or any kind of law
19 enforcement, social justice issues.
20 A Oh, yeah.  Yes, we have had conversation
21 about it.
22 Q Tell me about those.  What conversations
23 have you had?
24 A We both just have the same opinion, like
25 it's wrong.  It's wrong.  Even when they burned the

34

1 Wendy's down like, we was like hey, can't blame
2 them.  It was kind of like me and his, you know,
3 because did, not us specifically but, you know, as
4 far as the black community, how the black community
5 feels.
6 Q How often would you say you guys have had
7 a conversation about those kind of issues?
8 A Really every time they occur.  It's just a
9 eye-opener when you talk to each other about that
10 because it, it is like a warning, you know.  He
11 basically telling me hey, when you get in front of
12 the police don't do this, don't do that.  It's
13 basically like coaching.
14 Q Do you recall ever having those kind of
15 discussions prior to this incident?
16 A Not them kind of like, not, not that,
17 well, we had one conversation about the, the Wendy's
18 being burned down, but that was just it.
19 Q Okay.
20 A That I can recall.
21 Q I'm talking about while you guys were in
22 high school or prior to 2020, okay, do you guys
23 ever remember having any of these conversations
24 about social justice issues, alleged police
25 brutality?

35

1 A Not, I can't recall those.
2 Q As you were running -- and I want to go
3 right back to just one quick thing -- as you were
4 running by the officer and Dianti, did the officer
5 say anything to you?
6 A No, sir.
7 Q Have you spoken to any other, any Union
8 City police officer about the incident between
9 Officer Mays and Dianti?
10 A No, sir.
11 Q One last question.  The studios that you
12 guys were at, where was that located?
13 A I can't recall.  It's, we went to more
14 than one so I can't recall.
15 Q If you could can you tell me what kind of
16 cities or what areas they were, even if you can't
17 recall the exact location?
18 A Buckhead area, like out that way, city.
19 Georgia State area, you know, Peachtree, around the
20 same area, around there.
21 Q Did you guys spend any time in like the
22 south Fulton, City of South Fulton or Palmetto or
23 south of I-20?
24 A Can't recall.
25 Q During this time did you meet up with

36

1 anybody else other than Dianti those two days that
2 you were with him before the accident?  Was there
3 anybody else that you met up with?
4 A Met with a couple of his friends.  I think
5 that's it.
6 Q At that time did any of his friends ever
7 use that black Jeep that you guys were driving?
8 A No, sir.
9 Q Do you remember any of the friends' names
10 that you met up with?
11 A No.  Wait.  I think one of his name is
12 Will.
13 Q Do you remember Will's last name?
14 A No.  I just got Will.
15  MR. BENNETT:  I think other than that, I'm
16 going to say, Mr. Whitehead, I really do
17 appreciate your time.  I don't know if
18 Ms. Miller has any questions or not, but I
19 really do appreciate your time today.
20  MS. MILLER:  I actually do have a couple
21 of questions for you.  Can you hear, Madam
22 Court Reporter, because I'm a little bit
23 further away from the computer?  Can you hear
24 me okay?
25  THE REPORTER:  I can.

37

1          EXAMINATION
2   BY MS. MILLER:
3      Q   You described in your testimony that after
4   the vehicle that you were riding in hit the tree
5   that you sat there for a minute or 59 seconds.  Do
6   you recall saying that?
7      **A   Yes.**
8      Q   Make sure you speak up.
9      **A   Yes, ma'am.**
10     Q   Did you have a stopwatch that you were
11  looking at?
12     **A   No.**
13     Q   Did you have a timer?
14     **A   No.**
15     Q   Were you counting?
16     **A   No.**
17     Q   So when you say it was one minute or 59
18  seconds, is that a guess about how much time it was?
19     **A   It kind of is.  Yes, it is.**
20     Q   So you don't know with precision exactly
21  how much time you were sitting in the vehicle?
22     **A   Yes, I don't.**
23     Q   You also talked about the incident in
24  Gwinnett.  Do you remember that?
25     **A   (Witness nods head.)**

38

1      Q   And Mr. Bennett asked you that after the
2   officer, after you did what the officer said,
3   nothing happened to you.  Do you remember him saying
4   that?
5      **A   Yes, ma'am.**
6      Q   But let's back up to before he figured out
7   what was going on, he being the officer.  You
8   described that he had his gun pointed at you,
9   correct?
10     **A   Yes, ma'am.**
11     Q   And where on your body was the gun
12  pointed?
13     **A   It was actually like pointing toward my**
14  **chest.**
15     Q   And you said he had sunglasses on?
16     **A   Sun, the police, like the sport baseball**
17  **like looking glasses.**
18     Q   So you were able to see his eyes through
19  the glasses?
20     **A   No, ma'am.**
21     Q   In his demeanor, the sound of his voice,
22  did he seem like he was angry?
23     **A   Yes, ma'am, very angry.**
24     Q   What did you think might happen to you
25  when that officer was standing in front of you with

39

1   his gun pointed at your chest very angry?
2      **A   So I was even scared to move because of**
3   **how he was like trying to handle the situation.**
4   **Like I couldn't move.  I felt like if I would have**
5   **took a step I would have got shot several times.**
6      Q   Did you think if you got shot several
7   times you might die there in that hotel?
8      **A   Yes, ma'am.**
9      Q   So in that moment when you're having this
10  interaction with this officer you're fearing for
11  your life?
12     **A   Yes, ma'am.**
13     Q   Okay.  You talked about, you were asked
14  questions about who you talked to in connection with
15  your deposition today.  Do you remember those
16  questions?
17     **A   Yes.**
18     Q   I want to go back to before there was any
19  deposition, before there was any lawyers involved,
20  back to sort of between the time that Dianti got
21  hurt and let's say the time that this lawsuit
22  started, back in the beginning.  Dianti, did Dianti
23  tell you that he got hurt by the police?
24     **A   He didn't.  I kind of like seen it, so.**
25     Q   So he never said anything to you about

40

1   what happened to him in the apartment complex?
2      **A   No, no.**
3      Q   You've never heard him talk about his
4   injuries and what happened in the apartment complex?
5      **A   Oh, yeah, I heard him talk about injuries.**
6   **I didn't know -- no, he never talked about like what**
7   **happened because I was, you know, but his injuries,**
8   **yeah.**
9      Q   What has he told you about his injuries?
10     **A   Like his, his leg in pain, you know, his**
11  **leg hurts.  It be aching and stuff like that.**
12     Q   You described that sometimes when he gets
13  up he kind of has to shake his leg out or stretch
14  his leg; he can't really move it that well.  But
15  then you also described y'all playing basketball all
16  the time.  Okay?  So when in connection with him
17  playing basketball with you has he talked about his
18  leg being hurt?
19     **A   All the time.  Like, like, like I said,**
20  **like I told Mr. Bennett, he, like he, we'll go the**
21  **whole four, five hour, and he ain't going to go the**
22  **whole four, five hours.**
23     Q   So when you say we will go a whole four,
24  five hours, you're talking about you and your other
25  friends?

41

1    A   Yes.
2    Q   What is Dianti doing while you guys are
3  playing for a whole four, five hours?
4    A   He'll play a game, and, you know, the leg
5  problem might be in effect.  And then he'll try to
6  walk it off.  You know, like while we're playing
7  another game he will try to walk it off, exercise,
8  do whatever he can to try to play again, or he might
9  just call it quits, like never.
10   Q   So there are times that you guys are
11 playing basketball and he's not able to play with
12 you or he has to stop because of his injuries?
13   A   Yeah, all the time.
14   Q   Are there times when you are going to play
15 basketball, and when you say we you mean this group
16 of friends --
17   A   Yeah.
18   Q   -- that he does not play with you?
19   A   Repeat that.
20   Q   Are there times where you guys go and he
21 does not play?
22   A   Yes.
23   Q   So when the times that he has gone with
24 you and he's not playing, what is he doing?
25   A   Either in the car on his phone, on his

42

1  phone talking to somebody.
2    Q   Now, you did talk to me before your
3  deposition today; is that correct?  We had a
4  conversation a couple of days ago?
5    A   Yes.
6    Q   And you remember asking me -- do you
7  remember me asking you what happened when you guys
8  were out there at the apartment complex?
9    A   Yes.
10   Q   You remember kind of me, much like
11 Mr. Bennett did, me asking you to describe what
12 happened when you first saw the officer and all that
13 stuff?  Do you remember that?
14   A   Yes.
15   Q   You used, when we were talking, the phrase
16 swallowed.  Do you remember saying that phrase?
17   A   Yes.
18       MR. BENNETT:  Object to the form.
19   Q   (BY MS. MILLER) Define for me swallowed,
20 swallowed, like you swallowed, something gets
21 swallowed.  Describe for me and for the record what
22 you, why you used the phrase swallowed and what you
23 were describing.
24   A   Okay.  So when I, when he hopped out the
25 car the door opened, and it was like he put a foot

43

1  on the ground.  I can't say, I'm not for sure.  I
2  just know like when he put his leg out there and
3  tried to touch the ground the car kind of like just
4  swallowed him up under it.  Like he went straight up
5  under the car.
6    Q   When you say "the car" what car are you
7  talking about?
8    A   The police car.
9    Q   And so --
10   A   And then that's when I looked up, like
11 when I looked up and the tree.
12   Q   Then after you looked up, the car hit the
13 tree, you described that you then got out of the car
14 and took off running?
15   A   Yes.
16   Q   Now, once you got out of the car and took
17 off running you said you looked back and you saw,
18 what did you see Dianti doing?  Did you say he was
19 trying to put weight on his leg but he couldn't?
20 Can you describe that again because it was a little
21 confusing.
22   A   He was trying to get up, but he couldn't
23 get up.  Like he was on one leg, trying to put
24 his -- I can see him trying to put his other leg on
25 the ground, but he couldn't.  Like, like the other

44

1  leg couldn't touch the ground.  He was just like
2  kind of like hopping, and he just collapsed.  Like
3  he hopped, like I can just say like twice.  I'm not
4  sure twice.  I just know he tried to get up.
5        When he tried to put his foot on the
6  ground it wasn't even like you were trying to walk.
7  It was trying, like he was like trying to get up or
8  whatever he be in, trying to put his foot on the
9  ground and couldn't.  And he fell, like just fell on
10 the ground.
11   Q   And you described how his, seeing how his
12 foot looked?
13   A   Yeah.  I thought it was broken.
14   Q   What was it about the physical appearance
15 of his foot that led you to believe it was broken?
16   A   Because it was like couldn't, it was, it
17 was basically dangling.  It wasn't touching the
18 floor.  Like you know how you, a person that stands
19 up straight and you just, you can't even stand up
20 straight like that.  I don't know; I don't know.
21   Q   So are you saying that he couldn't put his
22 weight on it?  From what you could observe --
23   A   Yeah, he couldn't put his weight on.
24   Q   -- he couldn't put his weight on it?
25   A   Yeah.  So it was just like, it's crazy.

45

```
 1        Q   Oh, when I spoke to you yesterday you, how
 2   would you describe for the record what it was about
 3   the police officer's behavior that made you fearful?
 4   And I'm talking about on the day of the incident.
 5   What was the officer doing that seemed unusual to
 6   you, if anything?
 7        A   The Union City officer?
 8        Q   Yes.
 9        A   Okay.  So first, first off we, we, we, we
10   wasn't doing anything.  Like the day was I was
11   supposed to be going to get some clothes and, you
12   know, going back to.  I still be, you know, we had
13   something going on; we know we had something going
14   on.  It just wasn't that.
15            And it just like when he parked in front,
16   when he parked in front he started looking at.  When
17   he looking at me he didn't take his eyes off.  So
18   it's just like I'm looking.  Then I try to turn my
19   head; I look away.  He still looking at me so it's
20   like now, now, now I feel like I'm being targeted.
21   I can't even use the word targeted because everybody
22   feel like they might get targeted, police officer do
23   that.
24            But it just like you picking, you picking
25   at a person.  And then when he followed us, he
```

46

```
 1   followed, I'm thinking we're going to pull over
 2   right there.  You know, I'm thinking we're going to
 3   pull over right there.  He follow us all the way
 4   towards my neighborhood.  We hadn't even gotten in
 5   my neighborhood yet.
 6            And you followed us, not even hitting your
 7   light, not even giving us a sign you are going to
 8   pull us over.  And you take, we go all the way in
 9   the neighborhood to where it is I'm thinking I was
10   going to go home, he's going to follow me all the
11   way to my house.  So it's just like, I don't know.
12   I thought I was just being target, we was being
13   targeted that day, or, or picked, picked on,
14   however.
15        Q   Was it unusual in your experience for an
16   officer to follow a car that you were in that long
17   without putting on blue lights or a siren or
18   something?
19        A   No, ma'am.  When I got pulled over, when
20   Mr. Bennett asked me when I got pulled over that
21   time, they pulled us over right there like and did
22   what they had to do right there.  It wasn't no
23   following.  They didn't follow.  We were on the
24   expressway.  They didn't follow; they didn't try to
25   keep follow us, nothing.  They pulled us over right
```

47

```
 1   there.  I didn't, I actually did not get why he was
 2   following me.  That's why I felt like we was being
 3   picked, actually being picked.
 4        Q   You're saying it was unusual in your
 5   experience for a police officer to follow you for
 6   that long without putting on a blue light or a
 7   siren?
 8        A   You say it was --
 9        Q   I'm asking you.  Was it unusual in your
10   experience, did it seem strange --
11        A   Yeah, yeah, it was strange.
12        Q   Let me finish the question.  Was it
13   strange to you based on your experience that the
14   police officer was staring at you, following you,
15   not putting on a siren, not putting on a blue light
16   from the gas station to the apartment complex?  Was
17   that something unusual in your experience?
18        A   Yes, ma'am.
19            MS. MILLER:  Okay.  I think that's all I
20        have.
21            FURTHER EXAMINATION
22   BY MR. BENNETT:
23        Q   I have a couple of follow-up questions
24   here.  In terms of that vehicle stop -- and I'm just
25   going back to your personal experience when that
```

48

```
 1   vehicle was stopped, and you just testified that it
 2   was immediate or close to being immediate, not
 3   really followed -- do you know why that vehicle was
 4   pulled over?
 5        A   It was for a, a taillight.  I think the
 6   taillight was out or, or something was wrong with
 7   the car, like the lights.
 8        Q   So a taillight being out, you can see that
 9   pretty quick.  If you're looking at the car you can
10   see a taillight out, correct?
11        A   Yes, sir, I believe.
12        Q   Did that officer stop that vehicle for
13   physically seeing a taillight out on that car?
14        A   Yes, I believe so.
15        Q   Do you know why Officer Mays was stopping
16   the vehicle you and Dianti were in?
17        A   No, sir.
18        Q   If I tell you, and I'll represent to you
19   that Officer Mays stopped the vehicle because it
20   matched a description of a stolen vehicle.  Do you
21   understand that?
22        A   Yes, sir.
23        Q   And you would agree with me that it's
24   reasonable for him to try to identify whether or not
25   that's actually a stolen vehicle --
```

49

```
1      A   I can't speak on his behalf because I
2   don't know.
3      Q   But, no.  I'm just asking you your -- you
4   would agree that trying to identify a car that you
5   believe might be stolen because it matches the
6   description of a stolen vehicle would require
7   someone to make sure that he had that right before
8   he stopped you, correct?
9      A   I believe so, sir.
10     Q   Now, do you have any law enforcement
11  training, sir?
12     A   No, sir.
13     Q   Do you know how long it takes for
14  something to come back from a dispatch office?
15     A   No, sir.
16     Q   In terms of what Officer Mays was doing
17  while he was following your vehicle, you don't know
18  what he was doing, correct?
19     A   Yeah.  No, sir.
20     Q   You don't know what he was doing in that
21  car?
22     A   Yeah, I don't know.
23     Q   So it's fair to say you don't know whether
24  or not what he was doing in that car was
25  unreasonable in the amount of time he needed to
```

50

```
1   follow you before initiating his lights; is that --
2      A   Yes, sir.
3          MS. MILLER:  Did you understand that
4      question?
5          THE WITNESS:  Yeah.  Can you repeat?  It
6      kind of --
7      Q   (BY MR. BENNETT) You answered the
8      question.  I think he, I will take that as he
9      understood it.
10     A   It kind of froze, but.
11     Q   I'm going to ask you.  It sounds like you
12  had a long conversation with counsel prior to this
13  deposition; is that fair?
14     A   Who's counsel, sir?
15     Q   With Ms. Miller.  You guys had a long
16  conversation prior to this deposition; isn't that
17  correct?
18     A   It was brief; it wasn't long.
19     Q   It was brief enough where you could go
20  through all your testimony here today?
21         MS. MILLER:  He answered it.  He said it
22      was brief.  Are you asking him about his
23      testimony today?  You asked him about our
24      conversation and if it was long; he said it was
25      brief.
```

51

```
1          MR. BENNETT:  Please don't instruct the
2      witness how to answer.
3          MS. MILLER:  I'm not instructing the
4      witness.
5          MR. BENNETT:  I understand the -- if you
6      have an objection please make the objection.
7      But I'm asking him --
8          MS. MILLER:  Asked and answered.
9          THE WITNESS:  It was brief though, sir.
10     Q   (BY MR. BENNETT) You guys had a discussion
11  about the term swallowed, correct?
12     A   Yes.  I, I actually said that time.
13     Q   Prior to this, as I was going through my
14  examination of you never once used the term
15  swallowed.  Okay?  Isn't that true?
16     A   Yes.
17     Q   I wanted to ask you what else during your
18  conversation with Ms. Miller from beginning to end,
19  tell me what you and Ms. Miller discussed.
20     A   She just asked me what happened.  I told
21  her what happened.  And she just told me when I do
22  this deposition just tell the truth, nothing but the
23  truth.
24     Q   Did she tell you to make sure you used any
25  buzz words?
```

52

```
1      A   No, sir.  That's why I said brief, sir.  I
2   didn't do nothing but tell her what happened, and
3   she told me to tell the truth.
4      Q   Now, when you got into this term -- I'm
5   going to go back to this swallowed here.  You
6   testified earlier that Dianti got out of the
7   vehicle, correct, as --
8      A   Yes, sir.
9      Q   -- it hit the tree?
10     A   (Witness nods head.)
11     Q   He --
12         (Reporter interruption for clarification.)
13     Q   (BY MR. BENNETT) And I'm going back to the
14  time that Dianti first jumps out of the car.  When
15  he jumped out of the car did you look at Dianti?
16     A   Yes.
17     Q   And how long were you looking at Dianti?
18     A   Like a split second.
19     Q   And then you turned your attention back to
20  the tree in front of you?
21     A   Yes, yes.
22     Q   Dianti was moving at that time, correct?
23     A   By moving do you mean like in the car
24  moving?
25     Q   No.  When you got out of the car did he
```

53

```
 1   just stand still when he got out of the car?
 2      A   No.
 3      Q   He was running, correct?
 4      A   No.
 5      Q   No?  So which one was it?  Was he standing
 6   still when he got out of the car, or was he running?
 7      A   The car, the car is in motion, sir, so the
 8   car is still moving.
 9      Q   Right.  But what was Dianti doing at that
10   time?
11      A   Once he opened his door he put, when you
12   try to run out of a moving car, however -- I don't
13   know; I can't say this, but however -- basically the
14   car, the car was right behind.  So when he opened
15   the door and tried to run I just see him go down.
16   You got what I'm?
17      Q   How close was that car behind you guys?
18      A   Close, close.  It was close because we
19   were coming to a stop, so.
20      Q   So Officer Mays' car is right behind you,
21   and Dianti jumped out of the car.  Did he run
22   between, behind the car you were in?
23      A   The car I was in?
24      Q   Yeah.  You, did you run -- did he run
25   behind the black Jeep?
```

54

```
 1      A   Actually on, on the side so basically when
 2   he opened his door -- he's on the left-hand side;
 3   I'm on the right.  When he opened his door the, how
 4   it's set up is the, like you said, the woods is on
 5   the right, my side, and the lake is on the, on the
 6   left side.  So the back, if he's in the back of the,
 7   our car he's behind us.  So he, he's, you know what
 8   I'm saying, he is not close to Dianti's door or none
 9   of that.  That's, he's behind the car.
10      Q   Right.
11      A   My understanding, when he got, opened the
12   door and he put, tried to even put a feet out or a
13   leg out, whatever the case may be, he goes under the
14   car.  Do you know that?  I mean do you, do you kind
15   of get where I'm trying?
16      Q   So I'm following you, you're saying when
17   Dianti opens up the door to his car, he gets out.
18   He goes underneath his car?
19      A   No, not, not the Jeep, not the Jeep.  The
20   police car.
21          Can I give a theory?  It's like put it out
22   there.
23          MS. MILLER:  No, you don't give a theory.
24   You just need to answer the question.
25          THE WITNESS:  It was better explaining it
```

55

```
 1   like that, say that.
 2      Q   (BY MR. BENNETT) You know what, since you,
 3   if you have a theory let me just hear your theory.
 4      A   Okay.  So basically if the police car is
 5   behind us he wouldn't have got to Dianti.  Like if
 6   the car is directly behind the Jeep Cherokee, the
 7   police car directly behind the Jeep Cherokee to
 8   where the headlights are facing the front of the
 9   police car, the car --
10          (Reporter interruption for clarification.)
11          THE WITNESS:  No.  I'm saying if, if the
12   headlight was facing the front of the Jeep, the
13   front of the police car was facing the back of
14   the Jeep Cherokee, if that was the case Dianti
15   would have never got, you know, injured or
16   whatever.  I'm not, I don't know for sure.  I'm
17   just saying I know for kind of, you know, he
18   would have got out of the car and probably ran,
19   like had a run.  But that wasn't the case.
20      Q   (BY MR. BENNETT) Do you know what
21   direction, well, could you tell what direction
22   Dianti was trying to head in?
23      A   He just opened his door and was going to
24   just open the door and just was trying to get out.
25      Q   I'm just trying to make sure I have your
```

56

```
 1   positioning correct.  So the police officer's
 2   vehicle, they were not directly in line, were they?
 3      A   No, they wasn't.
 4      Q   Was the police officer's vehicle pushed
 5   over towards behind but over to the left; is that
 6   right?
 7      A   I, I, not, well, I'm on the right so,
 8   yeah, you can say that.  Well, I can, well, I'm not
 9   know for sure, but.
10      Q   I'm just trying to make sure I'm following
11   that it just wasn't bumper to bumper perfectly lined
12   up?
13      A   Yeah, yeah.
14      Q   The car was getting over towards the
15   driver's side of the vehicle and not directly in
16   line?
17      A   Yeah.
18      Q   Let me ask you.  When Dianti opened up his
19   door how long was that door open before he got out
20   of the vehicle?
21      A   I don't know.  I can't, it just a split
22   second.
23      Q   I guess the thing I'm trying to make sure
24   was he didn't open up the door and have it kind of
25   open before he jumped out.  It was I'm getting out
```

57

1 of the car. I open the door; I'm getting out of the
2 car, correct?
3 **A   Yeah. It was open door and trying to get**
4 **out. It wasn't no full open, like a whole open**
5 **door, but it was a open door and got out.**
6 Q   I want to just go back to one quick
7 follow-up question with the Gwinnett County
8 incident. When the officer had the gun pointed at
9 your chest how far away was he from you?
10 **A   Actually right in front of me. It was in**
11 **the hotel hallway so he was actually right in front**
12 **of me.**
13 Q   In terms of feet did the gun ever come in
14 contact with your chest?
15 **A   Huh-uh. No, sir.**
16 Q   Was it more than an arm distance away from
17 you?
18 **A   Arm's reach?**
19 Q   Yes, sir.
20 **A   Like he could have touched me if he**
21 **reached his arm out?**
22 Q   Yes, sir. Could he touch you?
23 **A   Huh-uh. It was, it was close like that,**
24 **but it wasn't to where like, because he had the gun**
25 **pointed at me so the gun wasn't touching me, so.**

58

1 Q   When he approached, was the gun already
2 out when he was approaching you?
3 **A   Yes.**
4 Q   We haven't spoken about his ankle. Did
5 Dianti ever mention anything else about his injuries
6 to you?
7 **A   Can you repeat that?**
8 Q   Did Dianti mention anything else about any
9 other injuries to you?
10 **A   No, sir.**
11 Q   Let me just ask you. In terms of
12 Dianti's -- and this is going to sound like a weird
13 question -- but prior to this incident was Dianti
14 ever able to dunk a basketball on a ten-foot goal?
15 **A   He probably, he can touch rim I believe.**
16 Q   How about now when you guys play? Can he
17 still touch the rim?
18 **A   I, I actually don't know. He ain't tried**
19 **it.**
20 MR. BENNETT: That's all I have.
21 FURTHER EXAMINATION
22 BY MS. MILLER:
23 Q   One followup based on the questions you
24 just asked. Mr. Whitehead, just so that the record
25 is clear, when I spoke to you yesterday did I say

59

1 the phrase swallowed to you?
2 **A   No, no.**
3 Q   Is that a phrase that you told to me?
4 **A   Yes.**
5 Q   Did I at any point yesterday tell you what
6 to come to this deposition to say?
7 **A   No, ma'am.**
8 Q   Did I give you any buzz words to say?
9 **A   No, ma'am.**
10 Q   And when Mr. Early, Dianti, got out of the
11 Jeep was the Jeep still moving?
12 **A   Yes.**
13 Q   So he jumps out, and the Jeep is still
14 going straight ahead, correct?
15 **A   Yes.**
16 Q   No one is steering the Jeep, right?
17 You've got to speak up.
18 **A   No. Yes, no one, no one was steering.**
19 Q   And what made the Jeep stop?
20 **A   The tree.**
21 Q   How did the tree make the Jeep stop?
22 **A   Oh, it impacted it.**
23 Q   The Jeep impacted the tree?
24 **A   Yeah. I mean the, the way impact, the car**
25 **impacted the tree.**

60

1 MS. MILLER: Thank you. That's all I
2 have.
3 FURTHER EXAMINATION
4 BY MR. BENNETT:
5 Q   And I'm sorry to do this, Mr. Whitehead.
6 I do have one followup. In terms of your, what
7 phone number -- when you met or spoke with
8 Ms. Miller did you do that in person?
9 **A   The, when I first met her?**
10 Q   Right. When you first, when you met with
11 her yesterday did you meet with her or --
12 **A   Yes, yes. Wait. No, no, no, no.**
13 Q   Let me be clear. When you spoke to her to
14 get prepared for this deposition --
15 **A   Huh-uh, no, I didn't; I didn't. I'm**
16 **sorry.**
17 Q   So did you do that over the telephone?
18 **A   Yes.**
19 Q   And did you use your phone to speak with
20 her?
21 **A   Yes.**
22 Q   Was there anybody there with you when you
23 spoke with her?
24 **A   No.**
25 Q   What was the phone number you used to

61

1  contact Ms. Miller?
2      A   I actually don't have a phone number.  I
3  was on -- what it -- it was actually on Zoom.
4      Q   On Zoom?
5      A   Yeah.  I don't have a phone number, so.
6      Q   And if it was on Zoom what computer were
7  you using or what device were you using to access
8  it?
9      A   I was using a iPhone.  It has the email on
10 it.
11     Q   Whose iPhone was it?
12     A   I think it's my friend's iPhone.
13     Q   You think it was your friend's iPhone?
14     A   Yeah.  I don't know whose phone it is.
15 They say it's, you know, whoever.  Well, if somebody
16 tells me it's theirs I just go with it's theirs.
17     Q   What friend did you get the iPhone from?
18     A   It's one of my home, homeboys.  Well, good
19 friend.
20     Q   What's his name?
21     A   No, I didn't get it from him.  He, he
22 still got the phone.  I was just using it.
23     Q   Right, right.  But the one that you
24 borrowed, who, what's your friend's name?
25     A   Anthony.

62

1      Q   And his last name?
2      A   I, I think it's Whitaker.
3      Q   And in terms of how long, do you know how
4  long the conversation lasted?
5      A   It was short, not, not even 30 minutes I
6  don't think.  After I had told, told my, what
7  happened it was over.
8      Q   Do you think it was more than 20 minutes?
9      A   I'm not sure.  I can't, can't recall.
10     Q   But you don't think it lasted more than 30
11 minutes?
12     A   No, it didn't.
13         MR. BENNETT:  That's all that I have.
14 Thank you, thank you very much for your time
15 today, Mr. Whitehead.  I do appreciate you
16 being patient with us with this.  I wanted to
17 say thank you.
18         MS. MILLER:  Do you want to give him the
19 opportunity?  Mr. Whitehead, you have the
20 opportunity to read your deposition once the
21 court reporter makes the transcript of it.
22 So she types it out.  You, because you were
23 the witness that was deposed, have the
24 opportunity to look at the deposition to
25 make sure that it's accurate and that there

63

1  are no typos.
2         You can't change your testimony, but you
3  can fix anything that is inaccurate if you want
4  to.  You don't have to, but you have a choice.
5  Would you like to read it, or would you not
6  like to read it?  It is up to you.
7         THE WITNESS:  I mean I don't have to.
8         MS. MILLER:  You don't have to.  Sounds
9  like he does not want to read and sign.
10        THE WITNESS:  Is it important?
11        MS. MILLER:  It's up to you.  I mean
12 it's --
13        THE WITNESS:  I don't know about this
14 stuff.
15        MS. MILLER:  You can look at it and just
16 make sure it's accurate.  It's up to you.
17 I'm not advising you.  It's really your
18 choice.
19        MR. BENNETT:  Mr. Whitehead, I know
20 sometimes on opposite sides you hear from
21 attorneys, but it is truly your decision.  It's
22 your right to do.  So neither one of us are
23 going to tell you don't use your right or use
24 your right, so.
25        THE WITNESS:  I just want to make sure I'm

64

1  not missing anything, like missing, you know,
2  that I got to complete or finish it with this.
3  But thank you, thank you.
4         (It was stipulated and agreed by and
5  between counsel for the respective parties and
6  the witness that the signature of the witness
7  to the deposition be waived.)
8         (Deposition concluded at 3:30 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

65

1          CERTIFICATE OF COURT REPORTER
2     G E O R G I A
      FULTON COUNTY:
3          I hereby certify that the foregoing
      transcript was reported as stated in the caption,
4     and the questions and answers thereto were reduced
      to writing under my direction; that the foregoing
5     pages 1 through 64 represent a true, complete, and
      correct transcript of the evidence given upon said
6     hearing.
7          I certify that I am not disqualified for a
      relationship of interest under O.C.G.A.
8     9-11-28(c); I further certify that I am not of
      kin or counsel to the parties in the case; I am
9     a Georgia Certified Court Reporter here as a
      representative of Deb Puckett & Associates; I
10    was contacted by Deb Puckett & Associates to
      provide court reporting services for this
11    deposition; I will not be taking this
      deposition under any contract that is
12    prohibited by O.C.G.A. 15-14-37(a) and (b) or
      Article 7.C of the Rules and Regulations of the
13    Board; and by the attached disclosure form I
      confirm that Deb Puckett & Associates is not a
14    party to a contract prohibited by O.C.G.A.
      15-14-37 or Article 7.C of the Rules and
15    Regulations of the Board.
16
           This, the 20th day of January, 2023.
17
18
19         Cathey H. Sutton, B1354
20
21
22
23
24
25

[ 1 ]

**A**

**ability** 6:10 7:5,11
7:16
**able** 7:3 20:24
21:16 27:8
38:18 41:11
58:14
**Absolutely** 9:8
13:20
**Academy** 8:5
**access** 61:7
**accident** 30:16
32:13 36:2
**accurate** 62:25
63:16
**aching** 32:18
40:11
**act** 13:15
**action** 1:4 2:10,10
2:10,11,11,12
**activate** 15:9
**address** 20:3
**advising** 63:17
**affect** 7:5,10,15
**afraid** 23:12,14,15
**agency** 2:9
**agent** 2:10
**ago** 42:4
**agree** 26:21,25
48:23 49:4
**agreed** 5:13 64:4
**agreement** 5:8
**ahead** 59:14
**ain't** 26:3 40:21
58:18
**Alanna** 1:19
**alcohol** 7:10
**alleged** 34:24
**altercation** 24:15
**amount** 49:25
**angry** 38:22,23
39:1
**ankle** 30:2,7 32:15
58:4
**answer** 6:1,15
16:12 33:6,7
51:2 54:24
**answered** 13:17
50:7,21 51:8
**answers** 6:9 65:4
**Anthony** 61:25
**anybody** 6:22
36:1,3 60:22
**apartment** 13:24
14:4,5,17,19,24
15:16,19 18:6
19:21,23,24

20:3,4,8,9,13,16
20:20 40:1,4
42:8 47:16
**apartments** 20:7
**apologized** 24:25
**appearance** 44:14
**appointments**
29:21
**appreciate** 22:8
36:17,19 62:15
**approached** 58:1
**approaching** 58:2
**approximately**
26:2
**area** 18:3 19:18
31:6 35:18,19
35:20
**areas** 35:16
**arm** 57:16,21
**Arm's** 57:18
**arrangements**
2:12
**arrest** 8:16,21
**arrested** 8:11,14
26:11 28:9
**Article** 2:2,6
65:12,14
**asked** 9:10 26:22
27:2 38:1 39:13
46:20 50:23
51:8,20 58:24
**asking** 42:6,7,11
47:9 49:3 50:22
51:7
**assist** 29:23
**assistance** 29:6
**assistant** 13:19
**Associates** 1:19
2:4,8,9 65:9,10
65:13
**Atlanta** 1:2 3:5
**attached** 65:13
**attention** 9:19
52:19
**attorney** 2:9,11
3:3,8
**attorneys** 63:21
**automatically**
25:13
**Avenue** 1:19

**B**

**b** 2:6 65:12
**B1354** 1:16 2:17
65:19
**back** 12:24 13:24
14:2 17:14

18:19,23,24
19:3,21 20:23
23:8 25:4 26:9
35:3 38:6 39:18
39:20,22 43:17
45:12 47:25
49:14 52:5,13
52:19 54:6,6
55:13 57:6
**background** 7:1
**baseball** 38:16
**based** 26:21,25
47:13 58:23
**basically** 11:22
18:17 34:11,13
44:17 53:13
54:1 55:4
**basketball** 30:19
30:21,23 31:7
31:19 40:15,17
41:11,15 58:14
**beginning** 10:3
39:22 51:18
**behalf** 3:2,7 9:5
49:1
**behavior** 45:3
**believe** 5:5 44:15
48:11,14 49:5,9
58:15
**Bennett** 3:8,9 4:2
4:4,6 5:6,19 7:9
9:8,12,13,18
13:20,22 29:2
36:15 38:1
40:20 42:11,18
46:20 47:22
50:7 51:1,5,10
52:13 55:2,20
58:20 60:4
62:13 63:19
**best** 6:10
**better** 54:25
**beyond** 2:12
**bills** 11:2
**birthday** 24:8,8
25:8
**bit** 14:17 23:8
36:22
**black** 10:18 11:15
12:9 34:4,4 36:7
53:25
**blackout** 17:20
**blame** 34:1
**blink** 17:21
**blue** 15:4,10,13,25
46:17 47:6,15
**Board** 2:3,6 65:13

65:15
**body** 38:11
**borrowed** 61:24
**bought** 10:23,23
**boyfriend** 24:17
24:17
**break** 6:11,16
15:23
**brief** 13:21 50:18
50:19,22,25
51:9 52:1
**Britain** 22:11
**broken** 19:8,12
44:13,15
**brother** 22:17,18
22:19 32:1
**BROWN** 5:15
**brutality** 34:25
**Buckhead** 35:18
**building** 18:17
**bumper** 56:11,11
**bumps** 16:3
**burned** 33:25
34:18
**burning** 29:3
**bushes** 17:25
**buzz** 51:25 59:8

**C**

**C** 3:1
**call** 22:16 41:9
**called** 22:17,19,22
24:19,22 28:8
**caption** 65:3
**car** 9:25 10:9,12
12:15,24 13:7
13:12,14 14:2
16:8,8,11,14
17:2,4,4,7,8,11
17:15,23 18:11
18:14,15,15,16
27:14,21 28:2
29:12 41:25
42:25 43:3,5,6,6
43:8,12,13,16
46:16 48:7,9,13
49:4,21,24
52:14,15,23,25
53:1,6,7,7,8,12
53:14,14,17,20
53:21,22,23
54:7,9,14,17,18
54:20 55:4,6,7,9
55:9,13,18
56:14 57:1,2
59:24
**Career** 8:5

65:15
**complex** 14:20
18:6 20:16 40:1
40:4 42:8 47:16
**computer** 36:23
61:6
**concluded** 64:8
**confirm** 65:13
**confusing** 43:21
**connection** 39:14
40:16
**consciousness**
17:18
**constantly** 31:21
**consumed** 7:9
**contact** 21:3,15
57:14 61:1
**contacted** 2:4
65:10
**continue** 19:18
**continued** 15:15
15:18
**contract** 2:1,5,8
65:11,14
**conversation** 13:6
22:10,13 28:15
33:20 34:7,17
42:4 50:12,16
50:24 51:18
62:4
**conversations** 6:6
21:25 28:23
33:22 34:23
**cool** 24:24
**cooled** 24:24
**correct** 9:21 13:24
14:2,17,21
15:10 16:11
17:9 21:4,12
27:14 38:9 42:3
48:10 49:8,18
50:17 51:11
52:7,22 53:3
56:1 57:2 59:14
65:5
**Council** 2:3
**counsel** 5:8,13
50:12,14 64:5
65:8
**counting** 37:15
**county** 9:14,17
24:7,10 26:15
57:7 65:2
**couple** 6:24 27:6
36:4,20 42:4
47:23
**course** 6:21

65:15
**case** 8:20,23 9:6
9:15 12:15
14:21 54:13
55:14,19 65:8
**cases** 33:15
**catch** 25:3,10
**Cathey** 1:16 2:2
2:17 65:19
**caught** 25:5
**caused** 24:14
**CCR** 1:16 2:17
29:10
**cell** 22:23 23:4
29:10
**CERTIFICATE**
65:1
**Certified** 1:17
65:9
**certify** 65:3,7,8
**change** 63:2
**Charter** 8:5
**check** 29:5
**Cherokee** 10:18
55:6,7,14
**chest** 38:14 39:1
57:9,14
**CHIANTI** 5:15
**choice** 63:4,18
**chose** 28:16
**circumstance** 7:13
**cities** 35:16
**city** 1:7 9:25 12:15
14:10 35:8,18
35:22 45:7
**civil** 1:4 5:9,10
**clarification** 7:6
9:16 28:25
52:12 55:10
**clear** 17:8 21:11
58:25 60:13
**cleared** 26:5
**close** 48:2 53:17
53:18,18,18
54:8 57:23
**clothes** 10:17
45:11
**coaching** 34:13
**collapsed** 19:9
44:2
**come** 49:14 57:13
59:6
**coming** 10:8 21:3
25:6,10 53:19
**community** 34:4,4
**company** 30:20
**compared** 33:3
**competition** 31:2
**complete** 64:2

65:5

**court** 1:1,17 2:3,4
6:8 31:9 36:22
62:21 65:1,9,10
**courts** 31:6,7
**cousin** 9:21 12:24
**cousin's** 24:7,8,16
24:16 25:13
**cousins** 25:2
**crazy** 44:25
**currently** 8:6
**customary** 2:12

———————
**D**
**D** 4:1
**dangling** 19:15
44:17
**day** 2:14 10:4,19
22:1,14 45:4,10
46:13 65:16
**days** 11:13,13,15
11:19 12:12
36:1 42:4
**de-escalated**
24:21
**Deb** 1:19 2:3,8,9
65:9,10,13
**debpuckett@be...**
1:21
**Decatur** 31:5
**decide** 28:18
**decision** 63:21
**deep** 15:7
**defendant** 1:8 3:7
14:20
**Define** 42:19
**demeanor** 33:4
38:21
**department** 1:7
26:13,16
**deposed** 5:4 62:23
**deposition** 1:10
2:4,5,7 5:2,6,14
5:16,21 22:2,5
39:15,19 42:3
50:13,16 51:22
59:6 60:14
62:20,24 64:7,8
65:11,11
**describe** 33:4
42:11,21 43:20
45:2
**described** 37:3
38:8 40:12,15
43:13 44:11
**describing** 42:23
**description** 48:20
49:6

**detain** 23:19
**detained** 26:7
**device** 61:7
**diagnosis** 7:14
**Dianti** 1:3 9:21
10:4,20,24 11:6
11:7,9,18 13:6
13:11 14:16,24
15:12 16:10,14
17:2 19:7,12,25
20:24 21:3,11
21:22,25 23:10
27:12 28:16,23
29:4,16,20 30:1
30:14 31:1,16
32:12 35:4,9
36:1 39:20,22
39:22 41:2
43:18 48:16
52:6,14,15,17
52:22 53:9,21
54:17 55:5,14
55:22 56:18
58:5,8,13 59:10
**Dianti's** 22:11,14
22:19 33:4 54:8
58:12
**Dick's** 24:11
**die** 39:7
**different** 12:3
33:9
**diploma** 8:2,2
**direction** 17:1,3
18:4 55:21,21
65:4
**directly** 19:21,23
21:4 55:6,7 56:2
56:15
**disclose** 2:2
**disclosed** 2:12
**disclosure** 2:1
65:13
**discuss** 10:21
**discussed** 32:25
51:19
**discussion** 13:11
51:10
**discussions** 32:12
34:15
**dispatch** 49:14
**disqualified** 65:7
**distance** 57:16
**DISTRICT** 1:1,1
**DIVISION** 1:2
**documents** 11:3
**doing** 11:19 22:3
22:8 30:5 31:9

32:3 41:2,24
43:18 45:5,10
49:16,18,20,24
53:9
**door** 13:15 17:24
25:3,5,6,7,10,11
25:12,21,23
42:25 53:11,15
54:2,3,8,12,17
55:23,24 56:19
56:19,24 57:1,3
57:5,5
**Douglas** 9:17
**drive** 3:9 15:15
**driver's** 27:16,19
27:24 56:15
**driving** 12:3 14:1
14:25 27:14,25
36:7
**DuBose** 3:3
**duly** 5:4
**dunk** 58:14
**dunking** 32:1

———————
**E**
**E** 3:1,1 4:1 65:2
**earlier** 52:6
**Early** 1:3 9:21,24
59:10
**eat** 11:23
**education** 7:25
**effect** 41:5
**Either** 41:25
**email** 61:9
**employed** 8:6
**encounter** 24:14
28:12
**encounters** 26:18
33:8
**enforcement**
23:19,21 24:14
26:19 33:19
49:10
**entered** 13:22
14:19
**entire** 17:16
**escalated** 24:20
**everybody** 8:6
24:24 45:21
**evidence** 65:5
**exact** 35:17
**exactly** 37:20
**examination** 4:2,3
4:4,5,6 5:18
37:1 47:21
51:14 58:21
60:3

**examined** 5:4
**exercise** 30:8 41:7
**exercises** 30:2,6
**experience** 46:15
47:5,10,13,17
47:25
**experiences** 26:22
27:1
**explain** 8:22
**explaining** 54:25
**expressway** 46:24
**eye-opener** 34:9
**eyes** 25:17 38:18
45:17

———————
**F**
**F** 3:2
**face** 25:18
**facing** 12:17 18:4
18:15,17,19
55:8,12,13
**fact** 31:14
**fair** 49:23 50:13
**family** 7:14 26:2
**far** 13:3 33:16,16
34:4 57:9
**fast** 14:24 16:3
**favor** 24:13
**Fax** 3:6,11
**fearful** 45:3
**fearing** 39:10
**Federal** 5:10
**feel** 23:11 45:20
45:22
**feels** 34:5
**feet** 54:12 57:13
**fell** 44:9,9
**felt** 39:4 47:2
**figure** 27:9 32:2
**figured** 38:6
**financial** 2:10,11
2:12
**fine** 22:8
**finish** 6:1 47:12
64:2
**fire** 27:7
**firearm** 23:21
25:16 26:1,8
**first** 5:25 6:15
9:11 10:4 12:14
15:3 16:6 17:3
17:22 42:12
45:9,9 52:14
60:9,10
**five** 14:14,15 19:4
31:9,9,20,20,22
40:21,22,24

41:3
**fix** 63:3
**fixing** 16:5
**Flat** 31:5
**floor** 19:16 44:18
**Floyd** 33:18
**follow** 46:3,10,16
46:23,24,25
47:5 50:1
**follow-up** 47:23
57:7
**followed** 13:2
45:25 46:1,6
48:3
**following** 14:21
46:23 47:2,14
49:17 54:16
56:10
**follows** 5:5
**followup** 58:23
60:6
**food** 11:23
**foot** 42:25 44:5,8
44:12,15
**force** 23:19
**foregoing** 65:3,4
**form** 42:18 65:13
**four** 14:11,14 19:4
19:4 40:21,22
40:23 41:3
**free** 31:6
**Friday** 1:13
**friend** 61:17,19
**friend's** 61:12,13
61:24
**friends** 31:11 36:4
36:6 40:25
41:16
**friends'** 36:9
**front** 12:16,19,21
17:9 34:11
38:25 45:15,16
52:20 55:8,12
55:13 57:10,11
**froze** 50:10
**full** 7:19 31:9 57:4
**Fulton** 35:22,22
65:2
**further** 4:4,5,6
18:24 36:23
47:21 58:21
60:3 65:8

———————
**G**
**G** 65:2,2
**game** 32:5 41:4,7
**games** 31:1

**gas** 10:12 12:17
12:19,22 13:8
13:13,23 47:16
**George** 33:18
**Georgia** 1:1,20
2:3 3:5,10 35:19
65:9
**getting** 13:14
26:23 56:14,25
57:1
**girlfriend** 22:11
**give** 5:23 7:3,11
7:16 54:21,23
59:8 62:18
**given** 65:5
**giving** 46:7
**glasses** 38:17,19
**go** 9:9 10:15 12:3
13:24 16:4
18:12,12,22,23
18:24 19:20,22
23:8 25:12 26:6
29:20 31:5,14
31:15 32:20
35:2 39:18
40:20,21,23
41:20 46:8,10
50:19 52:5
53:15 57:6
61:16
**goal** 58:14
**goes** 54:13,18
**going** 6:24 9:9,19
10:13,16 11:20
11:23 12:23,25
13:1,2 16:3
18:24 19:19
20:23 23:10
31:25 36:16
38:7 40:21
41:14 45:11,12
45:13,13 46:1,2
46:7,10,10
47:25 50:11
51:13 52:5,13
55:23 58:12
59:14 63:23
**good** 61:18
**Goods** 24:11
**gotten** 46:4
**govern** 5:15
**governing** 5:14
**grab** 61:19
**grade** 14:10
**graduate** 8:3
**graduated** 24:3
**Griffin** 3:10

**ground** 5:24 19:10
20:24 29:4 43:1
43:3,25 44:1,6,9
44:10
**group** 41:15
**guard** 23:14
**guess** 18:22 24:17
24:22 29:8 33:5
37:18 56:23
**gun** 38:8,11 39:1
57:8,13,24,25
58:1
**guys** 10:8,18
11:24 12:2,11
13:5,8,10,12,22
14:19,23 18:3
18:20,23 23:9
28:20 30:17,18
30:21,25,25
31:4,8,8,12,18
31:21 32:2,19
32:20,21 33:13
34:6,21,22
35:12,21 36:7
41:2,10,20 42:7
50:15 51:10
53:17 58:16
**Gwinnett** 24:7,10
26:15,17 37:24
57:7

**H**
**H** 1:16 2:2,17 3:8
65:19
**hallway** 57:11
**hand** 25:17
**handle** 39:3
**hands** 24:18
**hang** 30:14,18
**hanging** 11:22
**Hapeville** 8:5
**happen** 28:5
38:24
**happened** 15:24
15:25 19:9
21:20,23 22:18
27:2,9 38:3 40:1
40:4,7 42:7,12
51:20,21 52:2
62:7
**happening** 23:13
32:10
**he'll** 41:4,5
**head** 6:6 19:5
37:25 45:19
52:10 55:22
**heading** 13:24

14:23
**headlight** 55:12
**headlights** 55:8
**health** 32:13
**hear** 16:12 25:13
28:22 36:21,23
55:3 63:20
**heard** 33:15 40:3
40:5
**hearing** 65:6
**hey** 25:14 34:1,11
**high** 8:2,2,3 24:3
24:4,4 34:22
**highest** 7:25
**hill** 16:3,4
**hit** 9:24 16:7,8,22
17:11,11,16,23
18:14 25:23,23
25:24 37:4
43:12 52:9
**hits** 16:8
**hitting** 46:6
**hold** 25:11
**home** 46:10 61:18
**homeboys** 61:18
**hoop** 30:22
**hop** 16:5,5
**hopped** 16:8
42:24 44:3
**hopping** 44:2
**hops** 16:6,6
**hospital** 29:16
**hotel** 24:9,11 25:3
25:7,13 26:9
39:7 57:11
**hour** 40:21
**hours** 31:20,22
40:22,24 41:3
**house** 10:13,15
15:8 16:2 30:6
46:11
**Huh-uh** 57:15,23
60:15
**hurt** 39:21,23
40:18
**hurting** 32:17
**hurts** 40:11

**I**
**I-20** 35:23
**identify** 48:24
49:4
**imagine** 27:24
**immediate** 48:2,2
**immediately**
15:24
**impact** 59:24

**impacted** 59:22
59:23,25
**important** 63:10
**inaccurate** 63:3
**incident** 9:20,23
10:1 11:5,10,11
11:19 12:12
14:8 17:16
20:23 22:15,24
23:2,20,22 24:6
27:18 28:5,24
29:9,10,15 32:8
32:22,25 33:2
33:18 34:15
35:8 37:23 45:4
57:8 58:13
**Individually** 1:6
**initiating** 50:1
**injured** 26:23
28:12 55:15
**injuries** 16:3
40:4,5,7,9 41:12
58:5,9
**Inn** 24:9,9
**inside** 13:7,12
25:4
**instruct** 51:1
**instructing** 51:3
**interaction** 39:10
**interest** 2:10,11
65:7
**interested** 11:21
**interruption** 7:6
9:16 28:25
52:12 55:10
**invasive** 7:2
**involved** 12:15
23:18 39:19
**iPhone** 61:9,11,12
61:13,17
**issues** 33:19 34:7
34:24

**J**
**jam** 25:12
**January** 1:13 2:14
65:16
**Jeep** 10:18 11:16
12:9,9 36:7
53:25 54:19,19
55:6,7,12,14
59:11,11,13,16
59:19,21,23
**jogging** 19:6
**JOHN** 1:6
**joined** 5:1
**Judicial** 2:3

**jumped** 16:19
17:2 52:15
53:21 56:25
**jumps** 52:14
59:13
**justice** 33:19
34:24
**Justin** 1:11 5:3,7
5:16 7:20

**K**
**keep** 19:19 30:20
46:25
**keypad** 25:7,9
**kin** 65:8
**kind** 22:6 29:3,6
30:2,6 33:18
34:2,7,14,16
35:15 37:19
39:24 40:13
42:10 43:3 44:2
50:6,10 54:14
55:17 56:24
**knocked** 25:21
**know** 6:5,12,18,20
10:7,19 11:22
11:23 12:11,20
12:21 13:1 16:9
20:7,19 21:17
21:20 22:22
24:20,21,24
25:5,6 26:4,10
26:16 28:18
29:7,8 30:8,9,12
32:4,15,16,17
32:19 33:6 34:2
34:3,10 35:19
36:17 37:20
40:6,7,10 41:4,6
43:2 44:4,18,20
44:20 45:12,12
45:13 46:2,11
48:3,15 49:2,13
49:17,20,22,23
53:13 54:7,14
55:2,15,16,17
55:17,20 56:9
56:21 58:18
61:14,15 62:3
63:13,19 64:1
**knowing** 28:19

**L**
**lake** 18:5,12,15,16
54:5
**Lakes** 14:5,7
**lasted** 62:4,10

**law** 2:10,11 3:3,8
3:9 23:18,20
24:14 26:19
33:18 49:10
**lawsuit** 39:21
**lawyer** 21:6
**lawyers** 39:19
**lease** 20:19
**leave** 32:6
**leaving** 10:14
**led** 44:15
**left** 18:5 54:6 56:5
**left-hand** 54:2
**leg** 19:8,12 30:10
30:11 32:14,14
32:15 40:10,11
40:13,14,18
41:4 43:2,19,23
43:24 44:1
54:13
**let's** 10:3 38:6
39:21
**level** 7:25
**license** 27:16,19
27:24
**life** 39:11
**light** 46:7 47:6,15
**lights** 15:4,10,13
15:25 23:9
46:17 48:7 50:1
**likewise** 5:15
**line** 18:9,13 56:2
56:16
**lined** 56:11
**little** 7:1 18:5 23:8
24:8,16 36:22
43:20
**live** 20:12
**lived** 14:7 20:10
**LLC** 3:9
**located** 35:12
**location** 6:20
35:17
**long** 5:24 11:6,9
14:7,13,14
17:20 31:18
46:16 47:6
49:13 50:12,15
50:18,24 52:17
56:19 62:3,4
**look** 18:2 45:19
52:15 62:24
63:15
**looked** 16:7 17:5
19:7 20:20
43:10,11,12,17
44:12

**looking** 17:1,1,3,9
37:11 38:17
45:16,17,18,19
48:9 52:17
**lose** 17:18
**lot** 6:6 18:3 30:15
32:4
**louder** 7:8

**M**
**ma'am** 37:9 38:5
38:10,20,23
39:8,12 46:19
47:18 59:7,9
49:16
**Madam** 36:21
**March** 9:24 33:3
**married** 7:21
**matched** 48:20
**matches** 49:5
**matter** 31:13
**MATTHEW** 3:8
**Mays** 1:6 14:20
35:9 48:15,19
49:16
**Mays'** 53:20
**mean** 6:25 25:21
27:10 32:4,23
32:24 41:15
52:23 54:14
59:24 63:7,11
**medical** 7:14
29:21
**medications** 7:4
**meet** 10:4 22:9
35:25 60:11
**meeting** 33:13
**member** 7:14
**Memorial** 3:9
**mental** 32:13
**mention** 58:5,8
**mentioned** 23:9
32:19
**met** 10:5 36:3,4,10
60:7,9,10
**mhb@bennettla...**
3:12
**middle** 18:5
**military** 8:8
**Miller** 3:2,3 4:3,5
5:12 6:19,21 7:8
8:23 9:1,4,12
13:17 36:18,20
37:2 42:19
47:19 50:3,15
50:21 51:3,8,18
51:19 54:23
58:22 60:1,8

61:1 62:18 63:8
  63:11,15
miller@dubose...
  3:6
mind 19:13
minute 17:14,14
  17:15 37:5,17
minutes 12:18
  26:2 27:6 62:5,8
  62:11
missing 64:1,1
mode 27:7
mom 13:19 20:12
  22:20 24:16
moment 29:7 39:9
mother 20:22,22
  22:14,17
motion 17:4 19:6
  53:7
move 20:15 25:19
  25:20,20 39:2,4
  40:14
moved 14:10
  17:24
movies 11:23
moving 16:11
  52:22,23,24
  53:8,12 59:11
music 11:21 30:19
  32:21

                N
N 3:1 4:1
name 7:19 20:7
  26:16 36:11,13
  61:20,24 62:1
names 36:9
narcotics 7:10
nature 6:7 7:15
NE 3:4
need 6:11 25:7
  54:24
needed 23:11
  49:25
neighborhood
  46:4,5,9
neither 63:22
nervous 22:7
net 32:2
Netherley 20:6
never 21:2,19
  26:7 39:25 40:3
  40:6 41:9 51:14
  55:15
news 33:15,17
nice 31:3
ninth 14:10

nods 6:6 37:25
  52:10
normal 6:5
normally 30:17
  31:4
NORTHERN 1:1
notice 5:8 13:5
noticed 14:2 33:9
number 14:9 20:4
  20:8,9 22:23
  23:1 60:7,25
  61:2,5

                O
O 65:2
O.C.G.A 2:5 65:7
  65:12,14
Object 42:18
objection 51:6,6
objections 5:11
observe 19:24
  44:22
observed 30:1
occur 8:16 10:7
  23:22 24:6 34:8
occurred 9:24
  16:22 29:10
October 8:17,17
  8:19
offer 29:6
offered 2:13
office 3:9 6:20
  15:5,6,7,7 49:14
officer 1:6,6 11:6
  12:18 14:20
  15:4,9,25 20:1
  21:15 26:22
  27:2,4 28:13,19
  28:23 35:4,4,8,9
  38:2,2,7,25
  39:10 42:12
  45:5,7,22 46:16
  47:5,14 48:12
  48:15,19 49:16
  53:20 57:8
officer's 9:25 45:3
  56:1,4
official 23:19
  26:19
Oh 13:2 16:20
  21:13,21 26:7
  27:10 33:1,10
  33:20 40:5 45:1
  59:22
okay 5:10 6:10,12
  6:16,17 13:4
  16:2 21:10

24:15 28:7 29:6
  32:4 34:19,22
  36:24 39:13
  40:16 42:24
  45:9 47:19
  51:15 55:4
old 7:23
older 24:5 31:25
Omari 1:11 5:3,16
  7:20
once 8:15 25:12
  25:12 43:16
  51:14 53:11
  62:20
open 8:23 9:1,2,6
  9:10 13:15
  55:24 56:19,24
  56:25 57:1,3,4,4
  57:5
opened 17:24
  42:25 53:11,14
  54:2,3,11 55:23
  56:18
opens 54:17
opinion 33:24
opportunity 6:13
  62:19,20,24
opposite 63:20
outside 13:8,12,23
  25:1
owned 10:19
ownership 11:3

                P
P 3:1,1
p.m 1:14 13:21
  64:8
Page 4:2,3,4,5,6
pages 65:5
pain 30:10,11
  40:10
Palmetto 35:22
panicked 25:24
park 16:14,18
  20:6
parked 12:16
  45:15,16
parking 18:3
participants 5:1
particular 20:16
  32:22
particularly 30:6
parties 2:13 64:5
  65:8
partner 26:3,10
party 2:4,10,10,11
  2:11 24:8 25:9

65:14
passed 16:2
passenger 23:16
path 18:24
patient 62:16
pause 13:18
Peachtree 35:19
peers 31:24
pending 6:14 9:15
perfectly 56:11
perform 30:1
period 28:9
person 2:9 26:4,6
  44:18 45:25
  60:8
personal 13:2
  27:1 47:25
personally 21:11
  23:12,14
phone 22:23 23:1
  23:4 29:10
  41:25 42:1 60:7
  60:19,25 61:2,5
  61:14,22
phrase 42:15,16
  42:22 59:1,3
physical 44:14
physically 48:13
  47:3,3
picked 46:13,13
  47:3,3
picking 45:24,24
pickup 31:1
pickups 31:2
place 11:5 21:2,14
  22:1 24:13 33:2
places 11:23 12:3
Plaintiff 1:4 3:2
play 30:19,21,25
  30:25 31:4 41:4
  41:8,11,14,18
  41:21 58:16
playing 31:1,8,18
  31:21 40:15,17
  41:3,6,11,24
please 5:25 6:9,12
  7:18 51:1,6
point 15:20 25:20
  59:5
pointed 38:8,12
  39:1 57:8,25
pointing 38:13
police 1:7 9:25
  10:9,12 12:15
  12:20 13:7,12
  13:15 14:2
  24:18,22,23
  28:3,13,16

33:14 34:12,24
  35:8 38:16
  39:23 43:8 45:3
  45:22 47:5,14
  54:20 55:4,7,9
  55:13 56:1,4
positioning 56:1
possession 10:22
posted 32:7
practice 5:9
precision 37:20
prepare 22:4
prepared 60:14
present 10:24
  28:22
pretty 48:9
principal 2:9
prior 8:8 10:9,11
  11:5,9,15,19
  12:12 14:8 33:2
  34:15,22 50:12
  50:16 51:13
  58:13
probably 55:18
  58:15
problem 9:8,13
  41:5
Procedure 5:10
process 24:23
prohibited 2:5
  65:12,14
prosecution 8:20
provide 2:4,8 7:5
  65:10
provider 23:4
Puckett 1:19 2:4,8
  2:9 65:9,10,13
pull 12:21 13:1
  46:1,3,8
pulled 12:18
  27:22 28:2
  46:19,20,21,25
  48:4
pulling 23:21
pump 12:17,19
pumps 12:22
purchased 10:25
purposes 5:9
pursuant 2:2 5:7
pushed 56:4
put 16:14,18
  19:15 24:17
  42:25 43:2,19
  43:23,24 44:5,8
  44:21,23,24
  53:11 54:12,12
  54:21

putting 46:17
  47:6,15,15

                Q
question 5:25 6:1
  6:14,15 9:14
  13:5 16:17 29:3
  33:6 35:11
  47:12 50:4,8
  54:24 57:7
  58:13
questions 6:25 9:6
  21:7 36:18,21
  39:14,16 47:23
  58:23 65:4
quick 5:23 6:25
  17:20,21 35:3
  48:9 57:6
quite 14:17
quits 41:9

                R
R 3:1 65:2
ran 55:18
rates 2:12
reach 57:18
reached 57:21
read 62:20 63:5,6
  63:9
really 22:6 32:16
  33:12,12 34:8
  36:16,19 40:14
  48:3 63:17
reason 6:12
reasonable 48:24
recall 8:18 10:23
  12:8,13 14:11
  15:3 20:9,17
  34:14,20 35:1
  35:13,14,17,24
  37:6 62:9
recess 13:21
record 7:19 42:21
  45:2 58:24
recorded 32:21
recording 32:21
reduced 65:4
referring 12:6,10
  27:4
Regarding 32:23
Regulations 2:3,6
  65:12,15
related 11:3
relationship 2:9
  65:7
remember 10:1,5
  10:6,8,14 11:17

11:17,18 14:24
20:5,6 22:13
23:1,4,23,24,24
24:12 25:3
26:13 32:9
34:23 36:9,13
37:24 38:3
39:15 42:6,7,10
42:13,16
**REMOTE** 1:10
**rent** 15:5,6,6,7
**repeat** 11:8 13:9
15:21 26:24
41:19 50:5 58:7
**reported** 65:3
**reporter** 1:17 6:8
7:6 9:16 28:25
36:22,25 52:12
55:10 62:21
65:1,9
**reporting** 2:3,4,8
65:10
**represent** 9:5
48:18 65:5
**representative**
65:9
**require** 49:6
**respective** 64:5
**rest** 31:23
**riding** 37:4
**right** 8:19 12:21
13:16 21:19
26:23 28:20
35:3 46:2,3,21
46:22,25 49:7
53:9,14,20 54:3
54:5,10 56:6,7
57:10,11 59:16
60:10 61:23,23
63:22,23,24
**right-hand** 18:8
**rim** 58:15,17
**risk** 26:23
**room** 6:22 25:13
**rules** 2:2,6 5:10,24
65:12,14
**run** 18:12 19:18
23:10,11 28:3
28:16,19 53:12
53:15,21,24,24
55:19
**rundown** 5:23
**running** 18:11 19:2
19:6,20 25:15
35:2,4 43:14,17
53:3,6

**S**

**S** 3:1
**sale** 11:2
**sat** 37:5
**saw** 12:14 15:3,9
19:17 21:2 23:9
29:4 42:12
43:17
**saying** 37:6 38:3
42:16 44:21
47:4 54:8,16
55:11,17
**scared** 25:24 39:2
**scene** 28:24
**school** 8:2,2,3 24:3
24:4,4 34:22
**search** 28:6
**second** 13:18 16:7
52:18 56:22
**seconds** 17:13
37:5,18
**see** 11:2 17:25
19:2,12 20:25
21:11,19 25:12
25:15,17 29:5
38:18 43:18,24
48:8,10 53:15
**seeing** 10:9,11
13:7,11 20:24
44:11 48:13
**seen** 17:6 19:6
30:4,5,9,11
39:24
**serious** 24:20
**service** 8:8
**services** 2:5,8
65:10
**session** 30:22,23
**set** 54:4
**seven** 26:2
**shake** 40:13
**Shannon** 14:5,7
**Shoals** 31:6
**shoot** 26:1
**short** 62:5
**shot** 39:5,6
**show** 32:5
**sick** 7:14
**side** 18:8 54:1,2,5
54:6 56:15
**sides** 63:20
**sign** 46:7 63:9
**signature** 64:6
**sir** 5:22 6:4,23 7:7
7:12,17,17,21
7:22,23 8:6,7,9
8:12,15 10:1,2

11:1,4 12:7
13:25 14:6,18
14:22 15:1,2,4
15:17 16:13,16
16:20,23,24
17:17 18:21
20:14 21:1,5,5
21:13,21,24
22:2,12,25 23:3
23:7,17 26:12
26:20 27:5,10
27:13,15,17,20
27:23 28:1,4,11
28:14,17,21
29:1,22,25
32:11 33:1 35:6
35:10 36:8
48:11,17,22
49:9,11,12,15
49:19 50:2,14
51:9 52:1,1,8
53:7 57:15,19
57:22 58:10
**siren** 46:17 47:7
47:15
**sitting** 12:17
37:21
**situation** 24:21
27:9 39:3
**six** 31:20,22
**slow** 15:1,1
**snap** 17:11
**social** 33:19 34:24
**somebody** 25:6,10
25:25 42:1
61:15
**soon** 17:11
**sorry** 10:10,11
13:3,17 16:12
20:20 21:5,9
22:7 60:5,16
**sort** 39:20
**sound** 7:1 38:21
58:12
**sounds** 50:11 63:8
**south** 35:22,22,23
**speak** 7:8 32:5
37:8 49:1 59:17
60:19
**specific** 12:5 14:9
**specifically** 10:6
34:3
**speed** 16:3
**spend** 35:21
**split** 16:7 52:18
56:21
**spoke** 45:1 58:25

60:7,13,23
**spoken** 35:7 58:4
**sport** 38:16
**Sporting** 24:11
**stand** 30:12 44:19
53:1
**standing** 38:25
53:5
**stands** 44:18
**staring** 47:14
**start** 10:3
**started** 10:7 39:22
45:16
**state** 7:19 35:19
**stated** 65:3
**statement** 27:3
**STATES** 1:1
**station** 10:12 13:8
13:13,23 47:16
**Stay** 24:9
**steering** 59:16,18
**step** 39:5
**steps** 19:4
**stipulated** 64:4
**stipulation** 5:13
**stipulations** 5:11
**stolen** 48:20,25
49:5,6
**stood** 26:1
**stop** 15:10,12
19:17 25:14,14
28:20 29:5
41:12 47:24
48:12 53:19
59:19,21
**stopped** 23:16
48:1,19 49:8
**stopping** 48:15
**stopwatch** 37:10
**store** 12:16
**straight** 17:5 43:4
44:19,20 59:14
**strange** 47:10,11
47:13
**Street** 3:4
**strengthen** 30:2
**stressful** 7:13
**stretch** 30:13
40:13
**struck** 21:12
**studio** 32:20
**studios** 11:20,21
35:11
**stuff** 40:11 42:13
63:14
**suite** 3:4,10 24:9
25:7

**Sun** 38:16
**sunglasses** 25:17
38:15
**SUNKRIA** 5:15
**supposed** 22:3
31:15 45:11
**sure** 6:13 7:2 9:10
21:10 22:22
29:11,11 37:8
43:1 44:4 49:7
51:24 55:16,25
56:9,10,23 62:9
62:25 63:16,25
**Sutton** 1:16 2:2,17
65:19
**swallowed** 42:16
42:19,20,20,21
42:22 43:4
51:11,15 52:5
59:1
**sworn** 5:4

**T**

**taillight** 48:5,6,8
48:10,13
**take** 5:24 6:11,15
45:17 46:8 50:8
**taken** 5:7 7:4
13:21
**takes** 49:13
**talk** 11:10 21:22
33:14 34:9 40:3
40:5 42:2
**talked** 32:9 37:23
39:13,14 40:6
40:17
**talking** 6:2 13:10
33:13 34:21
40:24 42:1,15
43:7 45:4
**TANYA** 3:2
**target** 46:12
**targeted** 45:20,21
45:22 46:13
**telephone** 60:17
**tell** 6:19 12:14
13:18 21:16
23:22 24:13
33:22 35:15
39:23 48:18
51:19,22,24
52:2,3 55:21
59:5 63:23
**telling** 34:11
**tells** 61:16
**ten-foot** 58:14
**term** 51:11,14

52:4
**terms** 21:14 22:9
31:3 32:7 47:24
49:16 57:13
58:11 60:6 62:3
**testified** 48:1 52:6
**testimony** 7:3,5,11
7:16 37:3 50:20
50:23 63:2
**thank** 6:5 7:18
9:12 60:1 62:14
62:14,17 64:3,3
**theirs** 61:16,16
**theory** 54:21,23
55:3,3
**therapy** 29:24
**thereto** 65:4
**thing** 12:25 17:22
35:3 56:23
**things** 6:7 30:17
**think** 8:17,24 12:6
14:1 20:17
22:16,21,21
24:9 26:15
27:12 28:6 32:8
33:7 36:4,11,15
38:24 39:6
47:19 48:5 50:8
61:12,13 62:2,6
62:8,10
**thinking** 12:20
46:1,2,9
**thought** 12:22
16:4 19:8 23:10
26:8 44:13
46:12
**three** 12:18 19:4
**time** 11:15,24
12:2,14 14:4,13
14:14 15:3,20
22:9,24 23:2,5
25:1,16 27:18
27:25 28:10
29:9 31:12,16
32:15 34:8
35:21,25 36:6
36:17,19 37:18
37:21 39:20,21
40:16,19 41:13
46:21 49:25
51:12 52:14,22
53:10 62:14
**timer** 37:13
**times** 8:13 25:23
25:24 31:9 39:5
39:7 41:10,14

41:20,23
**today** 7:3,4,10,16
  9:20 22:5 36:19
  39:15 42:3
  50:20,23 62:15
**told** 22:17,17,19
  26:10 40:9,20
  51:20,21 52:3
  59:3 62:6,6
**touch** 43:3 44:1
  57:22 58:15,17
**touched** 57:20
**touching** 44:17
  57:25
**trailing** 14:3,3
**training** 49:11
**transcript** 62:21
  65:3,5
**transpiring** 19:25
**treatments** 29:24
**tree** 16:7,8,9,22
  17:6,9,12,16,23
  17:25 18:14,16
  37:4 43:11,13
  52:9,20 59:20
  59:21,23,25
**tricked** 21:8
**tried** 25:21 43:3
  44:4,5 53:15
  54:12 58:18
**true** 15:16 16:15
  27:3 51:15 65:5
**truly** 63:21
**truth** 51:22,23
  52:3
**truthful** 7:11
**try** 6:9 15:10
  25:24 30:2,22
  41:5,7,8 45:18
  46:24 48:24
  53:12
**trying** 19:7,10,14
  25:2,3,25 26:9
  28:20 30:9 32:2
  39:3 43:19,22
  43:23,24 44:6,7
  44:7,8 49:4
  54:15 55:22,24
  55:25 56:10,23
  57:3
**turn** 9:19 15:4
  25:15 45:18
**turned** 15:13,25
  17:5 19:5,5
  52:19
**Twenty-three**
  7:24

**twice** 44:3,4
**two** 11:13,13,14
  11:19 12:12,18
  25:23,24 36:1
**types** 62:22
**typos** 63:1

_____
      **U**
**Uh-huh** 18:7,10
**uh-huhs** 6:6
**underneath** 54:18
**understand** 9:20
  48:21 50:3 51:5
**understanding**
  9:18 18:2 24:19
  54:11
**understood** 50:9
**Union** 1:7 9:25
  12:15 14:10
  35:7 45:7
**unit** 20:8
**UNITED** 1:1
**unreasonable**
  49:25
**unusual** 45:5
  46:15 47:4,9,17
**use** 6:9 36:7 45:21
  60:19 63:23,23
**usual** 2:12

_____
      **V**
**v** 1:5
**vehicle** 10:19,22
  10:25 11:3 12:4
  12:5,7,8,11 13:5
  13:8,12,23
  15:12,15,19
  16:10,18,22,25
  17:12,19 18:25
  21:3,12 23:16
  27:11,25 37:4
  37:21 47:24
  48:1,3,12,16,19
  48:20,25 49:6
  49:17 52:7 56:2
  56:4,15,20
**visit** 29:15
**visited** 14:16
**voice** 38:21

_____
      **W**
**Wait** 36:11 60:12
**waived** 64:7
**walk** 15:22,23
  30:12 41:6,7
  44:6
**want** 5:23 17:8

21:10 23:8,10
  29:2 35:2 39:18
  57:6 62:18 63:3
  63:9,25
**wanted** 9:10 51:17
  62:16
**warning** 25:22
  34:10
**wasn't** 9:9 12:8,9
  16:3 24:19 44:6
  44:17 45:10,15
  46:22 50:18
  55:19 56:3,11
  57:4,24,25
**way** 6:1 17:25
  18:11,18,19,22
  18:23 19:1,3
  24:18 35:18
  46:3,8,11 59:24
**we'll** 6:13 32:6
  40:20
**we're** 6:2,18 9:19
  9:20 11:10 16:5
  41:6 46:1,2
**week** 30:23,24
  31:13,14,14,17
  31:17,17
**weight** 43:19
  44:22,23,24
**weird** 16:17 21:6
  58:12
**Wendy's** 34:1,17
**went** 10:6,7 16:2
  19:23 32:20
  35:13 43:4
**weren't** 26:5
  27:25
**Whitaker** 62:2
**Whitehead** 1:11
  5:3,7,17,20 7:20
  36:16 58:24
  60:5 62:15,19
  63:19
**Will's** 36:13
**Winder** 1:20
**witness** 7:7 8:24
  9:2,7,17 29:1
  37:25 50:5 51:2
  51:4,9 52:10
  54:25 55:11
  62:23 63:7,10
  63:13,25 64:6,6
**wood** 8:8,13
**woods** 54:4
**word** 45:21
**words** 15:22 51:25
  59:8

**work** 30:9
**wouldn't** 21:16
  55:5
**writing** 65:4
**wrong** 27:12
  33:25,25 48:6
**www.debpucket...**
  1:21

_____
      **X**
**X** 4:1

_____
      **Y**
**y'all** 40:15
**yeah** 9:2,2,3,7
  10:17 14:14
  15:6 20:5,11,11
  21:8 23:23 24:2
  24:5 27:10
  31:13 32:17
  33:11,20 40:5,8
  41:13,17 44:13
  44:23,25 47:11
  47:11 49:19,22
  50:5 53:24 56:8
  56:13,13,17
  57:3 59:24 61:5
  61:14
**year** 8:17 20:17
**years** 14:11,15
**yesterday** 45:1
  58:25 59:5
  60:11

_____
      **Z**
**Zoom** 5:2 6:18
  61:3,4,6

_____
      **0**

_____
      **1**
**1** 65:5
**1-22-CV-00816-...**
  1:5
**10.B** 2:2
**1012** 3:9
**13** 3:10
**14th** 3:4
**15-14-37** 65:14
**15-14-37(a)** 2:5
  65:12
**1st** 9:24 33:3

_____
      **2**

**2:01** 1:14
**2:15** 13:21
**20** 62:8

**2018** 24:4
**2020** 9:24 24:1
  33:3 34:22
**2021** 20:18
**2023** 1:13 2:14
  65:16
**20th** 65:16
**2110** 3:4
**22** 8:19
**236** 1:19

_____
      **3**
**3:30** 64:8
**30** 62:5,10
**30223** 3:10
**30309** 3:5
**30680** 1:20
**37** 4:3

_____
      **4**
**404-720-8111** 3:5
**404-921-9557** 3:6
**428-3562** 1:20
**47** 4:4

_____
      **5**
**5** 4:2
**58** 4:5
**59** 17:13 37:5,17

_____
      **6**
**6** 1:13
**60** 4:6
**64** 65:5
**678** 1:20
**678-688-3554**
  3:11
**678-688-3555**
  3:11
**6th** 2:14

_____
      **7**
**7.C** 2:6 65:12,14
**75** 3:4

_____
      **8**

_____
      **9**
**9-11-28(c)** 65:8